| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF UTAH |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Sorenson Media, Inc.** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **76-0793370** |
| 4. | **Debtor's address** | **Principal place of business**  **25 E. Scenic Pointe Dr.**  **Suite 100**  **Draper, UT 84020**  Number, Street, City, State & ZIP Code  **Salt Lake**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.sorensonmedia.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **Sorenson Media, Inc.**_____ Case number (*if known*)_____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___5415___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **Sorenson Media, Inc.** _____     Case number (*if known*) _____
     Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:* <br> ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No <br> ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?** (*Check all that apply.*) <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>     What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br> **Where is the property?** _____ <br>     Number, Street, City, State & ZIP Code <br> **Is the property insured?** <br> ☐ No <br> ☐ Yes.  Insurance agency _____ <br>     Contact name _____ <br>     Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:* <br> ■ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☐ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000 <br> ■ 50-99     ☐ 5001-10,000     ☐ 50,001-100,000 <br> ☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000 <br> ☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion <br> ☐ $50,001 - $100,000     ■ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion <br> ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion <br> ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion <br> ☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion <br> ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion <br> ☐ $500,001 - $1 million     ■ $100,000,001 - $500 million     ☐ More than $50 billion |

Debtor  **Sorenson Media, Inc.**                                    Case number (*if known*) _____
        Name

▓ **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 16, 2018**
              MM / DD / YYYY

X  /s/ Pat Nola                                   **Pat Nola**
   Signature of authorized representative of debtor    Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

X  /s/ George B. Hofmann                          Date **October 16, 2018**
   Signature of attorney for debtor                    MM / DD / YYYY

**George B. Hofmann**
Printed name

**Cohne Kinghorn, P.C.**
Firm name

**111 E. Broadway, 11th Floor**
**Salt Lake City, UT 84111**
Number, Street, City, State & ZIP Code

Contact phone  **801-363-4300**        Email address  _____

**10005 UT**
Bar number and State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

## UNANIMOUS CONSENT
## OF
## THE BOARD OF DIRECTORS
## OF
## SORENSON MEDIA, INC
a Delaware corporation

October 15, 2018

In accordance with the bylaws of Sorenson Media, Inc., a Delaware corporation (the "Corporation" or "Company"), a special meeting of the members of the Board of Directors of the Corporation (the "Board"), was held on October 15, 2018, in which following resolutions were adopted by the Board effective as of the date first written above. All directors of the Board were present by telephone at the meeting. All directors participated in the discussion of the matters decided below. Directors James Sorenson and Luke Sorenson recused themselves from the vote at this meeting. The following resolutions were duly adopted unanimously by those members of the Board voting on these matters:

RESOLVED, that in the judgment of the Board it is desirable and in the best interests of the Company, its creditors and other interested parties that a voluntary petition for relief (the "Petition") be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"); and be it

FURTHER RESOLVED, that the Company shall be, and hereby is authorized, directed, and empowered to file the Petition and to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to affect any of the foregoing; and be it

FURTHER RESOLVED, that Pat Nola and Scott Klossner (the "Designated Officers") are hereby authorized and empowered, on behalf of and in the name of the Company: (i) to execute and verify the Petition and all other ancillary documents to cause the Petition to be filed with the United States Bankruptcy Court for the District of Utah and to make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents; (ii) to execute, verify, and file or caused to be filed all petitions, schedules, lists, motions, applications, and other papers or documents necessary or desirable in connection with the foregoing; and (iii) to execute and verify any and all documents necessary or appropriate in connection therewith in such form or forms as the Designated Officers, or either of them, may approve; and be it

FURTHER RESOLVED, that the Designated Officers, or either of them, be, and hereby are, authorized and empowered from time to time, in the name of and on behalf of the Company, to take such actions and execute and deliver such certificates, instruments, notices and documents as may be required or as the Designated Officers, or either of them, may deem necessary, advisable or proper to carry out and perform the obligations of the Company under the Bankruptcy Code; all such actions to be performed in such manner, and all such certificates, instruments, notices and documents to be executed and delivered from such form, as the Designated Officers, or either of them, performing or executing the same shall, with the advice of counsel, approve, the performance or execution thereof by such officer to be conclusive evidence of the approval thereof by such officer and by the Company; and be it

29006795.3

Doc ID: b5605e98d0ddf1d89af3930938df1cd4da72490a

FURTHER RESOLVED, that the Company be, and hereby is, authorized to obtain additional financing from JLS Holdings, LLC as debtor-in-possession financing in connection with any case commenced by or against it under the Bankruptcy Code in an amount sufficient to satisfy the Company's operating and administrative expenses during such proceeding; and be it

FURTHER RESOLVED, that the Company be, and hereby is, authorized and empowered to retain the law firms of Cohne Kinghorn and Honigman, that such law firms are hereby authorized to represent the Company, at the direction of the Designated Officers, or either of them, as debtor and debtor in possession, in connection with any case commenced by or against it under the Bankruptcy Code; and be it

FURTHER RESOLVED, that the Designated Officers, or either of them, be, and hereby are, authorized and empowered to retain on behalf of the Company such other attorneys, financial advisors, and accountants as the Designated Officers so acting shall deem appropriate in his judgment; and be it

FURTHER RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Designated Officers, they, or either of them, are hereby authorized and empowered, in the name and on behalf of the Company, to do or cause to be done all such further acts and to execute and deliver all such other instruments, certificates, agreements and documents as he may, with the advice of counsel, consider necessary or appropriate to enable the Company to carry out the intent and to accomplish the purpose of the foregoing resolutions; and be it

FURTHER RESOLVED, that all actions heretofore taken by the Designated Officers, or either of them, in connection with the foregoing resolutions be, and hereby are, confirmed, ratified and approved in all respects.

FURTHER RESOLVED, that this Unanimous Consent of the Board of Directors may be signed in counterparts by the members of the Board.

[Next Page is Signature Page]

29006795.3

SIGNATURE PAGE TO THE UNANIMOUS CONSENT
OF THE BOARD OF DIRECTORS OF SORENSON MEDIA, INC.
EFFECTIVE OCTOBER 15, 2018

IN WITNESS WHEREOF, the undersigned have duly executed this Unanimous Consent of the Board of Directors as of the date first set forth above.

_____
Mark Ludwig

_____
Pat Nola

_____
David Simmons

IN WITNESS WHEREOF, the undersigned have recused themselves from voting on the above mattes, but consent solely to the adoption of this Unanimous Consent of the Board of Directors as of the date first set forth above.

_____
James Lee Sorenson

_____
Luke Sorenson

29006795.3

SIGNATURE PAGE TO THE UNANIMOUS CONSENT
OF THE BOARD OF DIRECTORS OF SORENSON MEDIA, INC.
EFFECTIVE OCTOBER 15, 2018

IN WITNESS WHEREOF, the undersigned have duly executed this Unanimous Consent of the Board of Directors as of the date first set forth above.

_____
Mark Ludwig

_____
Pat Nola

_____
David Simmons

IN WITNESS WHEREOF, the undersigned have recused themselves from voting on the above mattes, but consent solely to the adoption of this Unanimous Consent of the Board of Directors as of the date first set forth above.

_____
James Lee Sorenson

_____
Luke Sorenson

29006795.3

SIGNATURE PAGE TO THE UNANIMOUS CONSENT
OF THE BOARD OF DIRECTORS OF SORENSON MEDIA, INC.
EFFECTIVE OCTOBER 15, 2018

IN WITNESS WHEREOF, the undersigned have duly executed this Unanimous Consent of the Board of Directors as of the date first set forth above.

_____
Mark Ludwig

_____
Pat Nola

_____
David Simmons

IN WITNESS WHEREOF, the undersigned have recused themselves from voting on the above mattes, but consent solely to the adoption of this Unanimous Consent of the Board of Directors as of the date first set forth above.

_____
James Lee Sorenson

_____
Luke Sorenson

29006795.3

SIGNATURE PAGE TO THE UNANIMOUS CONSENT
OF THE BOARD OF DIRECTORS OF SORENSON MEDIA, INC.
EFFECTIVE OCTOBER 15, 2018

IN WITNESS WHEREOF, the undersigned have duly executed this Unanimous Consent of the Board of Directors as of the date first set forth above.

_____
Mark Ludwig

_____
Pat Nola

_____
David Simmons

IN WITNESS WHEREOF, the undersigned have recused themselves from voting on the above mattes, but consent solely to the adoption of this Unanimous Consent of the Board of Directors as of the date first set forth above.

_____
James Lee Sorenson

_____
Luke Sorenson

**Signature:** _____
Jim Sorenson (Oct 16, 2018)

29006795.3

SIGNATURE PAGE TO THE UNANIMOUS CONSENT
OF THE BOARD OF DIRECTORS OF SORENSON MEDIA, INC.
EFFECTIVE OCTOBER 15, 2018

IN WITNESS WHEREOF, the undersigned have duly executed this Unanimous Consent of the Board of Directors as of the date first set forth above.

_____
Mark Ludwig

_____
Pat Nola

_____
David Simmons

IN WITNESS WHEREOF, the undersigned have recused themselves from voting on the above mattes, but consent solely to the adoption of this Unanimous Consent of the Board of Directors as of the date first set forth above.

_____
James Lee Sorenson

*/s/ Luke Sorenson*
_____
Luke Sorenson

## United States Bankruptcy Court
### District of Utah

In re: **Sorenson Media, Inc.**
Debtor(s)

Case No. _____
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **October 16, 2018**

**Pat Nola/Chief Executive Officer**
Signer/Title

```
Adelaide Maudsley
Kirton McConkie
50 E. South Temple #400
Salt Lake City, UT 84111

Amanda Gilbert
5147 S. 2050 E.
Holladay, UT 84117

Amazon Web Services
PO Box 84023
Seattle, WA 98124-8423

American Express
PO Box 650448
Dallas, TX 75265-0448

Century Link (WA)
PO Box 91155
Seattle, WA 98111-9255

Century Link AZ
PO Box 52187
Phoenix, AZ 85072-2187

CIRCLE COMPUTER RESOURCES
845 Capital Dr., SW
Cedar Rapids, IA 52404

Cisco Systems Capital
PO Box 41602
Philadelphia, PA 19101-1602

Cisco Systems Capital Corporation
1111 Old Eagle School Rd.
Wayne, PA 19087

CNA
PO Box 790094
Saint Louis, MO 63179-0094

CNS Home Health Plus
2830 S. Redwood Rd., #A
Salt Lake City, UT 84119

Comcast Cable
PO Box 34744
Seattle, WA 98124-1744

Concur
62157 Collections Center Drive
Chicago, IL 60693
```

```
Digital Envoy
155 Technology Parkway, Suite 800
Norcross, GA 30092

Dolby International AB
16841 Collections Center Dr.
Chicago, IL 60693

Dominion (formerly Questar)
PO Box 45360
Salt Lake City, UT 84145

eMarketer
11 Times Square, Floor 14
New York, NY 10036

Epic Ventures
15 West South Temple #500
Salt Lake City, UT 84101

Experian
955 American Lane
Schaumburg, IL 60173

Extreme Reach
28540 Network Place
Chicago, IL 60673

Gracenote Media Services
40 Media Dr.
Queensbury, NY 12804

Honigman
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506

HTVMA
300 West 57th Street
New York, NY 10019

IPONWeb
Bahnhofstr 28
SUG, SWITZERLAND CH 6304

James L. Sorenson
1776 South Devonshire Drive
Salt Lake City, UT 84108

JLS Holdings
299 S. Main St. #2200
Salt Lake City, UT 84111
```

```
JLS Holdings, LLC
299 South Main St. #200
Salt Lake City, UT 84111

JP Morgan (credit Card)
PO Box 4475
Carol Stream, IL 60197-4475

JP Morgan Chase
CHI-MM
PO Box 974675
Dallas, TX 75397

JP Morgan Chase (loan)
PO Box 974675
Dallas, TX 75397

JP Morgan Chase Bank, N.A.
201 South Main Street
Suite 300
Salt Lake City, UT 84111

Lincoln National Life
1300 S. Clinton Street
Fort Wayne, IN 46802-3506

Markettrack/Competitrack
233 S. Wacker Dr. #2105
Denver, CO 80237

Method Communications
47 West 200 South #402
Salt Lake City, UT 84101

Moelis & Company, LLC
1999 Avenue of the Stars, Suite 1900
Los Angeles, CA 90067

MPEG LA
4600 S. ULSTER ST. #400
Denver, CO 80237

New York State Dept. of Taxation
PO Box 4127
Binghamton, NY 13902-4127

Ocean Tomo LLC
200 West Madison, 37th Flr.
Chicago, IL 60606

Office Furniture Solutions - OFS
4753 Holladay Blvd.
Salt Lake City, UT 84117
```

Parr Brown Gee & Loveless
PO Box 11019
Salt Lake City, UT 84147

Pat Nola
1578 E. Hanover Dr
Salt Lake City, UT 84103

Pat Nola


Paylocity
3850 N. Wilke Rd
Arlington Heights, IL 60004

Pickle Programs
5330 Osprey Oak
San Antonio, TX 78253

Pinsent Masons
30 Crown Place
London UK EC2A 4ES

Planet Depos
PO Box 69136
Baltimore, MD 21264-9136

Reliance Standard
505 South Lenola Road, Suite 231
Moorestown, NJ 08057

Rovi Data Solutions
7140 South Lewis Ave
Tulsa, OK 74136

Salesforcecom, Inc.
PO Box 203141
Dallas, TX 75320-3141

Samsong Electronic Group
129 Samsung-Ro, Maetan-Dong
Yeongtong-Gu, Suwon-Si
Gyeonggi-Do 443-742 Korea

Samsung Electronics America, Inc
85 Challenger Road
Ridgefield Park, NJ 07660

Samsung Electronics America, Inc.
85 Challenger Road
Ridgefield Park, NJ 07660

Silicon Slopes
2600 W. Executive Parkway
Lehi, UT 84043

```
Sinclair Broadcast Group
10706 Beaver Dam Rd.
Hunt Valley, MD 21030

Sinclair Television Group, Inc.
10706 Beaver Dam Road
Hunt Valley, MD 21030

Sorenson Capital Partners
3400 Ashton Blvd. #400
Lehi, UT 84043

T-Stat Five
2801 N. Thanksgiving Way
Suite 100
Lehi, UT 84043

The Point Building VI
299 South Main St. #2200
Salt Lake City, UT 84111

Thinkmate
159 Overland Road
Waltham, MA 02451

Thompson Licensing
1 Rue Jeanne d'Arc
92130 Issy-les Moulineaux
France

Tyler Scruggs


United Health Care
UHS Premium
PO Box 94017
Palatine, IL 60097-4017

US Bank Equip Finance
1310 Madrid St, Suite 107
Marshall, MN 56258

US Bank Equipment Finance
1310 Madrid Street
Suite 106
Marshall, MN 56258

Via Licensing Corp
1275 Market Street
San Francisco, CA 94103-1410

Vizio Inc
39 Telsa
Irvine, CA 92618
```

```
Voya
PO Box 990067
Hartford, CT 06199-0067

West Rim Capital
3400 Ashton Boulevard, suite 400
Lehi, UT 84043

Willis of New York
PO Box 4557
New York, NY 10429-4557

Yiptel
9176 S. 300 W. #1
Sandy, UT 84070-2669

Zions SBIC
One South Main Street
Suite 1660
Salt Lake City, UT 84133
```