| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sorenson Media, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF UTAH** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Sorenson Capital Partners**<br>3400 Ashton Blvd. #400<br>Lehi, UT 84043 | Mark Ludwig<br>mludwig@sorensoncap.com<br>801-407-8400 | Note | | | | $28,702,559.00 |
| **Samsung Electronics America, Inc.**<br>85 Challenger Road<br>Ridgefield Park, NJ 07660 | Head of Business Development, Samsung Ad<br>salek.b@samsung.com | | Contingent | | | $22,500,000.00 |
| **Sinclair Broadcast Group**<br>10706 Beaver Dam Rd.<br>Hunt Valley, MD 21030 | Steve Spencer<br>sjspencer@sbjtv.com<br>410-568-1500 | Minimum Guarantee | Unliquidated Disputed | | | $10,500,000.00 |
| **CIRCLE COMPUTER RESOURCES**<br>845 Capital Dr., SW<br>Cedar Rapids, IA 52404 | Zeth Schau<br>zeth.schau@ccr.net<br>319-362-2384 xt.119 | Data Services | Disputed | | | $7,048,590.18 |
| **T-Stat Five**<br>2801 N. Thanksgiving Way Suite 100<br>Lehi, UT 84043 | Kelson Gorrell<br>kelson@stackwithus.com<br>801-768-0500 | Tenant improvements | Contingent | | | $1,176,302.00 |
| **Honigman**<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3506 | Leigh Taggart<br>ltaggart@honigman.com;<br>mtilley@honigman.com<br>313-465-7000;<br>313-465-8000 | Legal Services | | | | $916,848.68 |

Debtor **Sorenson Media, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Vizio Inc**<br>39 Telsa<br>Irvine, CA 92618 | **Blanca Prieto-Urenda**<br><br>blanca.prieto@vizio.com<br>949-777-0721 | **Revenue Share minimum guarantee** | | | | $735,773.58 |
| **Amazon Web Services**<br>PO Box 84023<br>Seattle, WA 98124-8423 | **Rajkumar Kodavalli**<br><br>aws-receivables-support@amazon.com<br>415 262-9718 | **Data Services** | | | | $596,683.89 |
| **Zions SBIC**<br>One South Main Street<br>Suite 1660<br>Salt Lake City, UT 84133 | 801-524-8939 | **Note** | | | | $500,000.00 |
| **Epic Ventures**<br>15 West South Temple #500<br>Salt Lake City, UT 84101 | 801-524-8939 | **Note** | | | | $500,000.00 |
| **JP Morgan Chase CHI-MM**<br>PO Box 974675<br>Dallas, TX 75397 | | **Loan** | | | | $375,000.00 |
| **HTVMA**<br>300 West 57th Street<br>New York, NY 10019 | | **Note** | | | | $256,078.00 |
| **Cisco Systems Capital**<br>PO Box 41602<br>Philadelphia, PA 19101-1602 | **Drew Brown**<br><br>customercarecenter@leasedirect.com;<br>drebrown@cisco.com<br>800-736-0220; 610 386-2839 | **Capital Expenditures-Equipment** | | | | $200,973.00 |
| **Amanda Gilbert**<br>5147 S. 2050 E.<br>Holladay, UT 84117 | | **Note** | | | | $199,276.00 |
| **Pinsent Masons**<br>30 Crown Place<br>London UK EC2A 4ES | **Guillaume Bellmont**<br><br>guillaume.bellmont@pinsentmasons.com<br>+44(0)20 7418 7000 | **Legal Services** | | | | $175,339.60 |
| **American Express**<br>PO Box 650448<br>Dallas, TX 75265-0448 | **John Stevens**<br><br>john.p.stevens@aexp.com<br>801 459-1673 | **Credit Card** | | | | $112,443.49 |

Debtor **Sorenson Media, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Silicon Slopes**<br>**2600 W. Executive Parkway**<br>**Lehi, UT 84043** | | | | | | $100,000.00 |
| **IPONWeb**<br>**Bahnhofstr 28**<br>**SUG,**<br>**SWITZERLAND CH 6304** | **Victor Yatskov**<br><br>**vyatskov@iponweb.net;**<br>**accounts@iponweb.net** | **data services** | | | | $80,820.97 |
| **Digital Envoy**<br>**155 Technology Parkway, Suite 800**<br>**Norcross, GA 30092** | **Kimberly Sweat**<br><br>**kimberly.sweat@digitalenvoy.net** | **Data Services** | | | | $52,500.00 |
| **Markettrack/Competitrack**<br>**233 S. Wacker Dr. #2105**<br>**Denver, CO 80237** | | | | | | $37,500.00 |

**United States Bankruptcy Court**
District of Utah

In re **Sorenson Media, Inc.**              Case No. _____
                                  Debtor(s)       Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S
## LIST OF CREDITORS WHO HAVE THE 20 LARGEST UNSECURED CLAIMS
## AND ARE NOT INSIDERS
### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS WHO HAVE THE 20 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS, consisting of __**3**__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **October 16, 2018**          Signature    */s/ Pat Nola*
                                                    **Pat Nola**
                                                    **Chief Executive Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.