# United States Bankruptcy Court
## District of Utah

In re  **Sorenson Media, Inc.**    Case No.
Debtor(s)    Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Alvin Ogles<br>187 Country Bend Rd.<br>Farmington, UT 84025 | Common | 3,205 | |
| Amanda Gilbert<br>5147 S. 2050 E.<br>Holladay, UT 84117 | Seed | 1,910,828 | |
| Amy Spangler<br>7894 Caballero Dr.<br>Cottonwood, UT 84093 | Seed | 1,910,828 | |
| Andy Shaffer<br>421 E. 6270 S.<br>Salt Lake City, UT 84107-7437 | Common | 28,125 | |
| Arlyn Anne Anderson<br>4212 11th Ave S<br>Minneapolis, MN 55407 | Common | 250 | |
| Arnold James Larson<br>4599 Bountiful Ridge Dr.<br>Bountiful, UT 84010-5881 | Common | 22,817 | |
| Ashley Malin<br>1852 E. Beaumont Cir.<br>Salt Lake City, UT 84121 | Common | 10.000 | |
| Bill Brimley<br>2007 W. 9270 S.<br>Unit C<br>West Jordan, UT 84088 | Common | 70,833 | |
| Cameron Currey<br>358 W. Bubbling Brook Lane<br>Draper, UT 84020 | Common | 52,500 | |
| Camille Mower<br>2046 E. Normandywoods Ct.<br>Holladay, UT 84117 | Seed | 1,910,828 | |

In re: **Sorenson Media, Inc.**  Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Cathryne Robinson**<br>**1833 Palisades Dr.**<br>**Carlsbad, CA 92008** | Common | 300,000 | |
| **Chris Liassides**<br>**14 Green Meadow View**<br>**Heolgerrig, Merthyr Tydfil CF48** | Common | 500,000 | |
| **Clayton Guy**<br>**128 E. 300 S. Circle**<br>**American Fork, UT 84003** | Common | 116,666 | |
| **David Armstrong**<br>**967 N 350 W**<br>**American Fork, UT 84003** | Common | 100,000 | |
| **David Hulihan**<br>**2222 N. 1960 W.**<br>**Lehi, UT 84043** | Common | 10,000 | |
| **David Rowe**<br>**8 Rowsby Court**<br>**Pontprennau**<br>**Cardiff CF23 8FG** | Common | 30,000 | |
| **Donald Eric Wallace**<br>**4973 W. River Chase Rd.**<br>**Herriman, UT 84096** | Common | 10,000 | |
| **Eric Sorenson**<br>**10889 S. Ardonna Way**<br>**Sandy, UT 84070** | Seed | 1,910,828 | |
| **Glen Clapp**<br>**7961 Meyer Vista Cove**<br>**Sandy, UT 84093** | Common | 17,474 | |
| **Gloria Wallace-Smith**<br>**4973 W. River Chase Road**<br>**Herriman, UT 84096** | Common | 20,000 | |
| **HTVMA Solutions Inc.**<br>**300 West 57th Street**<br>**New York, NY 10019** | A | 2,455,494 | |
| **Jake Hodson**<br>**1516 E. Siesta Drive**<br>**Sandy, UT 84093** | Seed | 1,910,828 | |

In re: **Sorenson Media, Inc.**      Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jared Collier**<br>**22222 N. 825 E.**<br>**Lehi, UT 84043** | **Common** | 1,458 | |
| **Jen Herter**<br>**1814 Magenta Court #2**<br>**Chula Vista, CA 91913** | **A** | 30,000 | |
| **Jeremy James Larsen**<br>**14973 S. Echo Bluff Dr.**<br>**Herriman, UT 84096** | **Common** | 6,000 | |
| **JLS Holdings, LLC**<br>**1441 Quail Stream Lane**<br>**Sandy, UT 84093** | **Common** | 3,211,433 | |
| **JLS Holdings, LLC**<br>**1441 Quail Stream Lane**<br>**Sandy, UT 84093** | **Seed** | 53,742,038 | |
| **JLS Holdings, LLC**<br>**1441 Quail Stream Lane**<br>**Cottonwood, UT 84093** | **A** | 15,199,264 | |
| **Jonathan Winger**<br>**471 Coventry Lane**<br>**Alpine, UT 84004** | **Common** | 100 | |
| **Joseph N. Romriell**<br>**1338 Manzanita Court**<br>**Santa Rosa, CA 95404** | **Common** | 81,409 | |
| **Kris Huber**<br>**2045 North 1000 East**<br>**North Logan, UT 84341** | **Common** | 300 | |
| **Marcus Liassides**<br>**12459 Wildflower Lane**<br>**Highland, UT 84003** | **Common** | 16,595,408 | |
| **Matthew and Robin Sorenson Family Trust**<br>**36 Eastgate Dr.**<br>**Daly City, CA 94015** | **Common** | 70,000 | |
| **Mike Flathers**<br>**1077 E. Brook Circle**<br>**Alpine, UT 84004** | **Common** | 18,482 | |

In re:  **Sorenson Media, Inc.**  Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mitch Holyoak**<br>**5103 Pine Laurel Lane**<br>**West Jordan, UT 84088** | **Common** | **709,302** | |
| **Patrick Nola**<br>**1578 E. Hanover Dr.**<br>**Salt Lake City, UT 84103** | **Common** | **1,160,243** | |
| **Paul H. Ludlow**<br>**11536 S. Hagan Rd.**<br>**Sandy, UT 84092** | **Common** | **5,000** | |
| **Paul H. Ludlow**<br>**11536 S. Hagan Rd.**<br>**Sandy, UT 84092** | **Seed** | **398,089** | |
| **Pavel Koshevoy**<br>**367 South 1100 East**<br>**Salt Lake City, UT 84102** | **Common** | **79,166** | |
| **Reed F. Winterton**<br>**3308 E. Millcreek Canyon Road**<br>**Salt Lake City, UT 84109** | **Common** | **5,204** | |
| **Ryan Walker**<br>**1618 N. Venetial Way**<br>**Saratoga Springs, UT 84045** | **Common** | **70,000** | |
| **SCP SMI Acquisition, LLC**<br>**60 West 1950 South**<br>**Bountiful, UT 84010** | **A** | **17,810,858** | |
| **SCP SMI Acquisition, LLC**<br>**60 West 1950 South**<br>**Bountiful, UT 84010** | **Seed Warrants** | **3,468,119** | |
| **Sean Robinson**<br>**27 Dan-y-Bryn Bryn Rd.**<br>**Pontllanfraith, Blackwood**<br>**Gwent NP12 2FJ** | **Common** | **30,000** | |
| **Sean Robinson**<br>**27 Dan-y-Bryn**<br>**Bryn Rd, Pontllanfraith Blackwood**<br>**Gwent NP12 2FJ** | **Common** | **30,000** | |

In re: **Sorenson Media, Inc.**                                                    Case No. _____
                                  Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sinclair Digital Group, LLC**<br>10706 Beaver Dam Road<br>Cockeysville, MD 21030 | A | 12,277,471 | |
| **Terri Forbes**<br>11267 S Alpine Creek Way<br>South Jordan, UT 84035 | Common | 1,000 | |
| **Ting-Yu Yang**<br>PO Box 58637<br>Salt Lake City, UT 84158 | Common | 6,000 | |
| **Tong Wu**<br>11938 Cottagestone Ct.<br>Draper, UT 84020 | Common | 35,000 | |
| **Trig Gulberg**<br>11622 S. Harvest Rain Ave.<br>South Jordan, UT 84095 | Common | 3,466 | |
| **Valdon G. Reynolds**<br>60 W. 1950 S.<br>Bountiful, UT 84010 | Common | 5,000 | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October 16, 2018**                Signature  _/s/ Pat Nola_
                                                                **Pat Nola**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.