# United States Bankruptcy Court
## District of Utah

In re   **Sorenson Media, Inc.** _____   Case No.   **18-27740** _____

_____   Chapter   **11** _____

Debtor(s)

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**SOFA - Update Nature of Case on pg. 13 only**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date:   **November 6, 2018** _____

**/s/ George B. Hofmann** _____
**George B. Hofmann**
**Attorney for Debtor(s)**
**Cohne Kinghorn, P.C.**
**111 E. Broadway, 11th Floor**
**Salt Lake City, UT 84111**
**801-363-4300 Fax:801-363-4378**

**Fill in this information to identify the case:**

Debtor name **Sorenson Media, Inc.**

United States Bankruptcy Court for the: DISTRICT OF UTAH

Case number (if known) **18-27740**

■ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other | $3,535,753.21 |
    | **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | $4,558,358.84 |
    | **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | $1,574,803.69 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
    |---|---|---|---|

Debtor   **Sorenson Media, Inc.**                                         Case number (if known)   **18-27740**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| **3.1.** **Alexander Petrilli**<br>316 Greenway Drive<br>Pacifica, CA 94044 | 9/5/2018 -<br>$11,106.00 | $11,106.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Severance** |
| **3.2.** **Amazon Web Services**<br>PO Box 84023<br>Seattle, WA 98124-8423 | 07/27/2018 -<br>$497,049.60<br>08/22/2018 -<br>$1,052,276.6<br>6<br>09/19/2018 -<br>$1,164,999.6<br>5 | $2,714,325.91 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.3.** **AMC Network**<br>11 Penn Plaza<br>New York, NY 10001 | 8/2/2018 -<br>$4,545.85<br>9/14/2018 -<br>$2,690.73 | $7,236.58 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Revenue Share** |
| **3.4.** **American Express**<br>PO Box 650448<br>Dallas, TX 75265 | 07/16/2018 -<br>$118,939.87<br>07/16/2018 -<br>$8,281.23<br>09/04/2018 -<br>$213,107.08 | $340,328.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit Card Payments** |
| **3.5.** **Amy Friedman**<br>200 Water Street<br>#1904<br>New York, NY 10038 | 7/17/2018 -<br>$7,500.00<br>9/5/2018 -<br>$461.02<br>10/15/2018 -<br>$274.26 | $8,235.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Commission and Expense Reimbursement** |
| **3.6.** **Brandon Buttars**<br>76 W. Lake View Terrace Rd 6<br>Saratoga Springs, UT 84045 | 9/5/2018 -<br>$9,549.81 | $9,549.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Severance** |
| **3.7.** **Brian Carlson**<br>1954 Spanish Oak Way<br>Vista, CA 92081 | 7/18/2018 -<br>$9,600.00 | $9,600.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Consulting** |

Debtor    **Sorenson Media, Inc.**                                    Case number *(if known)*  **18-27740**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8.  Cahn Litigation Services<br>136 Bowers Lane<br>Roslyn Heights, NY 11577-2120 | 07/18/2018 -<br>$38,625.00 | $38,625.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.9.  CNA Insurance<br>PO Box 790094<br>St. Louis, MO 63179-0094 | 8/15/2018 -<br>$9,108.79<br>9/14/2018 -<br>$2,284.22<br>10/12/2018 -<br>$2,284.22 | $13,677.23 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  <u>Workers<br>Compensation, Umbrella, et al<br>Insurance</u> |
| 3.10  Cohne Kinghorn, P.C.<br>111 E Broadway, 11th Floor<br>Salt Lake City, UT 84111 | 10/04/2018 -<br>$35,000 | $35,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11  D'Amico Wawrin & Co<br>3867 WEST MARKET STREET #256<br>Akron, OH 44333 | 9/14/2018 -<br>$7,000.00 | $7,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.12  David Armstrong<br>967 North 350 West<br>American Fork, UT 84003 | 09/05/2018 -<br>$33,346.15 | $33,346.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  <u>Severance</u> |
| 3.13  De Lage Landen Financial Services<br>fka Cisco Systems Capital Corporation<br>PO Box 41602<br>Philadelphia, PA 19101-1602 | 8/17/2018 -<br>$19,255.90<br>9/14/2018 -<br>$6,425.90 | $25,681.80 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14  Digital Envoy<br>155 Technology Parkway, Suite 800<br>Norcross, GA 30092 | 8/30/2018 -<br>$15,750.00<br>9/4/2018 -<br>$15,750.00 | $31,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Sorenson Media, Inc.**                                                   Case number (if known)  **18-27740**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.15** **Diversified Insurance Group**<br>136 East South Temple<br>#2300<br>Salt Lake City, UT 84111 | 7/18/2018 -<br>$437.00<br>10/1/2018 -<br>$16,926.16 | $17,363.16 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _E&O, Liability Insurance_ |
| **3.16** **Douglas Cebik**<br>7 Cormorant Circle<br>Newport Beach, CA 92660-2903 | 08/02/2018 -<br>$58,312.50 | $58,312.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Commissions_ |
| **3.17** **Eric Garff**<br>8300 South 745 East<br>Sandy, UT 84094 | 9/5/2018 -<br>$13,231.97 | $13,231.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Severance_ |
| **3.18** **Experian**<br>955 American Lane<br>Schaumburg, IL 60173 | 7/26/2018 -<br>$11,638.97<br>8/8/2018 -<br>$11,638.96<br>8/17/2018 -<br>$11,896.03<br>8/22/2018 -<br>$11,896.04<br>9/4/2018 -<br>$12,244.11<br>9/17/2018 -<br>$13,377.78 | $72,691.89 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.19** **Gracenote Media Services**<br>40 Media Dr.<br>Queensbury, NY 12804 | 9/17/2018 -<br>$15,000.00 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.20** **Guy Beverlin**<br>3183 Carrigan Canyon Drive<br>Salt Lake City, UT 84109 | 7/17/2018 -<br>$31,755.00<br>8/2/2018 -<br>$10,416.67<br>8/2/2018 -<br>$10,416.67<br>8/17/2018 -<br>$10,416.67<br>9/4/2018 -<br>$10,416.67<br>9/19/2018 -<br>$10,416.67<br>10/4/2018 -<br>$10,416.67<br>10/15/2018 -<br>$10,416.67 | $104,671.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Severance Payments_ |

Debtor    **Sorenson Media, Inc.**                                                   Case number *(if known)*   **18-27740**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.21 **Health Equity**<br>**15 West Scenic Pointe**<br>**Draper, UT 84020** | 7/20/2018 -<br>$14,961.37<br>8/3/2018 -<br>$12,840.74<br>8/20/2018 -<br>$12,779.44<br>9/6/2018 -<br>$6,551.36<br>9/20/2018 -<br>$6,470.25<br>10/9/2018 -<br>$7,591.30<br>10/16/2018 -<br>$6,536.30 | $67,730.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Health Savings**<br>**Account** |
| 3.22 **Honigman**<br>**2290 First National Building**<br>**Detroit, MI 48226-3506** | 07/25/2018 -<br>$250,000.00<br>08/01/2018 -<br>$25,000.00<br>08/17/2018 -<br>$275,000.00<br>09/26/2018 -<br>$200,000.00<br>10/11/2018 -<br>$125,000.00<br>09/14/2018 -<br>$10,000.00 | $885,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.23 **Iponweb**<br>**Bahnhofstr. 38**<br>**Zug CH-6304 Switzerland** | 7/26/2018 -<br>$66,974.08<br>8/8/2018 -<br>$61,491.11<br>8/22/2018 -<br>$36,110.39<br>9/17/2018 -<br>$43,527.48 | $208,103.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24 **James Harper**<br>**1658 South 1820 West**<br>**Woods Cross, UT 84087** | 08/17/2018 -<br>$30,386.00 | $30,386.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Bonus** |
| 3.25 **James Shears**<br>**2 Lauriel Court**<br>**Warren, NJ 07059** | 7/17/2018 -<br>$9,583.33<br>9/4/2018 -<br>$9,583.33<br>9/19/2018 -<br>$9,583.00<br>10/15/2018 -<br>$9,583.00 | $38,332.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Commission** |
| 3.26 **Janay Jespersen**<br>**12544 S. Provence Cir**<br>**Herriman, UT 84096** | 8/23/2018 -<br>$11,110.00<br>8/20/2018 -<br>$26.20 | $11,136.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Bonus and Expense**<br>**Reimbursement** |

Debtor  **Sorenson Media, Inc.**                                    Case number *(if known)* **18-27740**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.27 **Jason Moe** 3970 47th Street Floor 1 Queens, NY 11104 | 7/17/2018 - $5,000.00 8/23/2018 - $18,546.00 9/4/2018 - $5,000.00 7/20/2018 - $1,592.20 10/15/2018 - $1,623.42 | $31,761.62 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Commission, bonus and expense reimbursement** |
| 3.28 **Jessica Henning** 2024 Stoneleigh Dr. Draper, UT 84020 | 9/5/2018 - $4,903.85 9/5/2018 - $2,200.00 | $7,103.85 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Severance and Bonus** |
| 3.29 **Jiyon Kwon** 1348 East 4500 South Salt Lake City, UT 84117 | 9/5/2018 - $27,739.65 | $27,739.65 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Severance** |
| 3.30 **John Broadhead** 5854 W. Round Rock Dr. Herriman, UT 84096 | 9/5/2018 - $11,610.58 | $11,610.58 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Severance** |
| 3.31 **JPMorgan Chase Bank** PO Box 4475 Carol Stream, IL 60197 | 7/18/2018 - $4,806.81 8/20/2018 - $11,083.51 9/17/2018 - $923.73 | $16,814.05 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Credit Card Payments** |
| 3.32 **JP Morgan Chase Bank** CHI-MM PO Box 974675 Dallas, TX 75397 | 8/17/2018 - $129,478.73 | $129,478.73 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.33 **Kirton McConkie** 50 East South Temple Suite 400 Salt Lake City, UT 84111 | 7/23/2018 - $20,075.24 8/1/2018 - $20,561.35 9/4/2018 - $20,504.65 10/1/2018 - $20,610.85 | $81,752.09 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Rent** |

Debtor   **Sorenson Media, Inc.**                                              Case number (if known) **18-27740**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.34 | Lava Corp<br>450 West 910 South<br>Suite #1<br>Heber, UT 84032 | 7/18/2018 -<br>$15,000.00 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Tenant Improvements |
| 3.35 | Lincoln National Life<br>1300 S. Clinton Street<br>Fort Wayne, IN 46802-3506 | 7/17/2018 -<br>$21,945.73<br>8/13/2018 -<br>$522.33<br>8/17/2018 -<br>$15,479.69<br>9/10/2018 -<br>$176.30<br>9/18/2018 -<br>$16,403.48<br>9/26/2018 -<br>$166.64 | $54,694.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Insurance -<br>Employees |
| 3.36 | MainConcept<br>1600 Old Country Road<br>Plainview, NY 11803 | 9/26/2018 -<br>$22,500.00 | $22,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  COGS- Squeeze |
| 3.37 | Mark Bonham<br>6318 West Sutherland Drive<br>Highland, UT 84003 | 08/23/2018 -<br>$32,320.00 | $32,320.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Bonus |
| 3.38 | Marumir<br>1812 SK VI Center  Gasandigital-1-ro<br>171<br>Geumcheon-gu<br>Seoul 08503 Korea | 9/4/2018 -<br>$9,750.00 | $9,750.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Commissions |
| 3.39 | Method Communications<br>47 West 200 South #402<br>Salt Lake City, UT 84101 | 9/17/2018 -<br>$16,345.02 | $16,345.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.40 | Moelis & Company, LLC<br>1999 Avenue of the Stars, Suite 1900<br>Los Angeles, CA 90067 | 09/28/2018 -<br>$83,333.34 | $83,333.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor   **Sorenson Media, Inc.**                                              Case number *(if known)* __18-27740__

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.41 **National Benefit Services**<br>8523 S. Redwood Road<br>West Jordan, UT 84088 | 8/5/2018 -<br>$4,370.99<br>8/13/2018 -<br>$255.20<br>9/5/2018 -<br>$3,848.18<br>9/10/2018 -<br>$100.20<br>10/2/2018 -<br>$1,286.84<br>10/15/2018 -<br>$154.20<br>10/16/2018 -<br>$595.83 | $10,611.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Employee Health Benefits__ |
| 3.42 **Nerissa Brooke**<br>2683 Country Ledge Drive<br>New Braunfels, TX 78132 | 9/5/2018 -<br>$46,153.85<br>9/5/2018 -<br>$4,994.00<br>7/20/2018<br>-$75.00 | $51,222.85 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Bonus and Severance__ |
| 3.43 **Ocean Tomo LLC**<br>200 West Madison, 37th Flr.<br>Chicago, IL 60606 | 7/18/2018 -<br>$7,193.00<br>9/7/2018 -<br>$1,635.00 | $8,828.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.44 **Pat Nola**<br>2600 West Executive Parkway<br>Suite 450<br>Lehi, UT 84043 | 08/23/2018 -<br>$50,201.00 | $50,201.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Bonus__ |
| 3.45 **Patrick Ivers**<br>6789 South Windermere Street<br>Littleton, CO 80120 | 7/17/2018 -<br>$4,160.75<br>8/2/2018 -<br>$9,030.13 | $13,190.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Commission__ |
| 3.46 **Phillip Woodie**<br>86 Arrowhead Trail<br>New Canaan, CT 06840 | 7/17/2018 -<br>$2,747.50<br>8/23/2018 -<br>$18,439.00<br>7/20/2018 -<br>$8.00 | $21,194.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Commission, Bonus and Expense Reimbursement__ |
| 3.47 **Rick Louder**<br>5941 New London Street<br>Highland, UT 84003 | 8/23/2018 -<br>$20,918.00 | $20,918.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Severance__ |

Debtor   **Sorenson Media, Inc.**                                    Case number (if known) **18-27740**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| **3.48**   **Robert Smart**<br>12863 S. Whisper Ridge Rd<br>Draper, UT 84020 | 9/5/2018 -<br>$6,923.08 | $6,923.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Severance** |
| **3.49**   **Roxanne Geyer**<br>51 Bennett Avenue<br>Apt B54<br>New York, NY 10003 | 9/5/2018 -<br>$13,942.31<br>9/5/2018 -<br>$18,754.00 | $32,696.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Serverance and Bonus** |
| **3.50**   **Salesforcecom, Inc.**<br>PO Box 203141<br>Dallas, TX 75320-3141 | 09/04/2018 -<br>$26,656.93 | $26,656.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other __ |
| **3.51**   **Samuel Smith**<br>12957 Harvest Field Circle<br>Riverton, UT 84065 | 9/5/2018 -<br>$9,692.31<br>9/5/2018 -<br>$7,309.00 | $17,001.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Severance and Bonus** |
| **3.52**   **Scott E. Klossner**<br>2600 W. Executive Parkway<br>Suite 450<br>Lehi, UT 84043 | 7/18/2018 -<br>$6,500.00<br>8/4/2018 -<br>$5,200.00<br>8/21/2018 -<br>$6,100.00<br>8/30/2018 -<br>$8,000.00<br>9/7/2018 -<br>$3,200.00<br>9/21/2018 -<br>$8,000.00<br>10/3/2018 -<br>$8,000.00 | $45,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other __ |
| **3.53**   **Sebastian Nye**<br>2428 E. Summit Way<br>Eagle Mountain, UT 84005 | 9/5/2018 -<br>$12,211.54 | $12,211.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Severance** |
| **3.54**   **Stefan Maris**<br>197 Deanstreet #1<br>Brooklyn, NY 11217 | 08/23/2018 -<br>$23,111.00 | $23,111.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Bonus** |

Debtor  **Sorenson Media, Inc.**                                    Case number (if known) **18-27740**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.55 | **Step Mountain Construction**<br>PO Box 762<br>Riverton, UT 84065 | 8/20/2018 -<br>$2,826.00<br>8/28/2018 -<br>$9,099.96<br>9/17/2018 -<br>$8,471.00 | $20,396.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Repairs/Maintenance Expenses** |
| 3.56 | **Stephen Woodward**<br>P.O. Box 91043<br>Salt Lake City, UT 84109 | 8/23/2018 -<br>$11,564.00 | $11,564.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Severance** |
| 3.57 | **Sundance TV**<br>11 Penn Plaza<br>New York, NY 10001 | 8/2/2018 -<br>$7,599.28<br>9/14/2018 -<br>$3,931.20 | $11,530.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Revenue Share** |
| 3.58 | **Taylor Williams**<br>1094 Colorow Road<br>Golden, CO 80401 | 9/5/2018 -<br>$10,673.09<br>9/5/2018 -<br>$5,620.00<br>8/3/2018 -<br>$2,204.21 | $18,497.30 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Severance, Bonus and Expense Reimbursement** |
| 3.59 | **The Point Building VI**<br>299 South Main Street<br>Suite 2200<br>Salt Lake City, UT 84111 | 09/05/2018 -<br>$103,407.06 | $103,407.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.60 | **Thinkmate**<br>159 Overland Road<br>Waltham, MA 02451 | 9/14/2018 -<br>$22,950.00 | $22,950.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other __ |
| 3.61 | **Tong Wu**<br>11938 Cottagestone Ct.<br>Draper, UT 84020 | 9/5/2018 -<br>$12,115.38 | $12,115.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Severance** |

Debtor   **Sorenson Media, Inc.**                                    Case number (if known) **18-27740**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| **3.62** **TSG Reporting**<br>PO Box 95568<br>Grapevine, TX 76099 | 7/18/2018 -<br>$2,975.25<br>8/15/2018 -<br>$2,285.15<br>9/17/2018 -<br>$3,659.15<br>10/1/2018 -<br>$5,397.80 | $14,317.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Legal Services |
| **3.63** **Tyler Scruggs**<br>4234 Dunsinane Way<br>Castle Rock, CO 80104 | 8/23/2018 -<br>$5,790.00<br>8/20/2018 -<br>$781.17<br>10/15/2018 -<br>$1,432.58<br>10/15/2018 -<br>$833.08 | $8,836.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Bonus and Expense Reimbursement |
| **3.64** **United Healthcare**<br>22561 Network Place<br>606731225C0001<br>Chicago, IL 60673-1225 | 07/31/2018 -<br>$113,237.03<br>08/23/2018 -<br>$1,943.66<br>08/23/2018 -<br>$168,875.47<br>09/10/2018 -<br>$164,608.06<br>10/10/2018 -<br>$6,870.64 | $455,534.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Employee Health Benefits |
| **3.65** **US Bank Equip Finance**<br>1310 Madrid St, Suite 107<br>Marshall, MN 56258 | 8/5/2018 -<br>$4,475.18<br>9/5/2018 -<br>$4,475.18<br>10/5/2018 -<br>$4,475.18 | $13,425.54 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| **3.66** **Utah Jazz**<br>301 West South Temple<br>Salt Lake City, UT 84101 | 8/15/2018 -<br>$18,414.00 | $18,414.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  Employee Perks |
| **3.67** **VOYA**<br>PO Box 990067<br>Hartford, CT 06199-0067 | 7/23/2018 -<br>$47,856.84<br>8/7/2018 -<br>$41,223.69<br>8/21/2018 -<br>$39,817.14<br>8/27/2018 -<br>$5,433.83<br>9/6/2018 -<br>$28,730.77<br>9/21/2018 -<br>$20,966.13<br>10/9/2018 -<br>$21,426.64<br>10/16/2018 -<br>$19,675.18 | $225,130.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  401(k) Plan |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Sorenson Media, Inc.**    Case number *(if known)*    **18-27740**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.68 | **Wallace Tax Services**<br>12003 South Genova Drive<br>Draper, UT 84020 | 7/18/2018 -<br>$16,450.00 | $16,450.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.69 | **WE TV**<br>11 Penn Plaza<br>New York, NY 10001 | 8/2/2018 -<br>$6,623.52<br>9/14/2018 -<br>$4,069.87 | $10,693.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Revenue Share** |
| 3.70 | **William Behunin**<br>14718 South Desert Sage Drive<br>Herriman, UT 84096 | 9/5/2018 -<br>$7,384.62<br>9/5/2018 -<br>$5,845.00 | $13,229.62 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Severance & Bonus** |
| 3.71 | **Xact Data**<br>PO Box 714800<br>Cincinnati, OH 45271 | 7/18/2018 -<br>$39,189.62<br>8/2/2018 -<br>$75,000.00<br>8/27/2018 -<br>$1,907.00<br>9/17/2018 -<br>$6,074.35<br>10/1/2018 -<br>$42,155.82 | $164,326.79 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Bruce Woodward** | 10/16/2017 -<br>03/20/2018 | $72,806.15 | Payroll |
| 4.2. | **Marcus Liassides** | 10/16/2017 -<br>05/18/2018 | $117,440.24 | Payroll |
| 4.3. | **Pat Nola**<br>2600 West Executive Partway<br>Suite 450<br>Lehi, UT 84043<br>CEO | 10/16/2017 -<br>10/15, 2018 | $218,425.57 | Payroll |
| 4.4. | **Patrick Ivers** | 10/16/2017 -<br>08/03/2018 | $315,389.33 | Payroll |

Debtor    **Sorenson Media, Inc.**                                      Case number (if known)    **18-27740**

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.5. | **The Point Building VI**<br>299 South Main St. #2200<br>Salt Lake City, UT 84111<br>**Jim Sorenson Building** | 10/23/2017 -<br>09/05/2018 | $294,976.35 | **Draper Office Lease Payments** |
| 4.6. | **Steven Hafen** | 10/16/2017 -<br>05/15/2018 | $155,844.69 | Payroll |
| 4.7. | **Thomas Roberts** | 10/16/2017 -<br>05/15/2018 | $163,142.32 | Payroll |

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Gracenote, Inc. v. Sorenson Media, Inc.**<br>2:16-cv-00950-CW | Patent Litigation | US District Court, District of Utah<br>351 W. West Temple<br>Salt Lake City, UT<br>84101-2180 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Vizio Services, LLC v. Sorenson Media, Inc. et al.**<br>8:18-CV-001275 | Breach of Contract; Goods and Services Rendered; Accounting and Imposition of a Constructive Trust | US District Court, CA Southern<br>Central District of CA<br>Southern Division<br>333 West Broadway<br>San Diego, CA 92101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

Debtor    **Sorenson Media, Inc.**                                          Case number *(if known)*    **18-27740**

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cohne Kinghorn, P.C.**<br>**111 E Broadway, 11th Floor**<br>**Salt Lake City, UT 84111** | | | **$135,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Honigman**<br>**2290 First National Building**<br>**Detroit, MI 48226-3506** | | | Unknown |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

---

Debtor    **Sorenson Media, Inc.**                                             Case number *(if known)*   **18-27740**

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 2600 West Executive Parkway Suite 450 Lehi, UT 84043 | 5/1/17 - present |
| 14.2. | 25 East Scenic Pointe Drive Suite 100 Draper, UT 84020 | 6/1/16 - 8/31/18 |
| 14.3. | 13961 S. Minuteman Dr. Draper, UT 84020 | 7/1/11 - 6/30/16 |
| 14.4. | 10250 Constellation Blvd. #02-102 Los Angeles, CA 90067 | 9/16/17 - 3/31/18 |
| 14.5. | 20 West Kinzie Street Suite 9010 Chicago, IL 60654 | 12/1/17 - 8/30/18 |
| 14.6. | 404 5th Avenue New York, NY 10018 | 2/1/16 - 6/30/18 |
| 14.7. | 8000 Chester Street Suite 575 Centennial, CO 80112 | 8/1/17 - 6/30/18 |
| 14.8. | 120 East 23rd Street New York, NY 10010 | 2/1/15 - 1/31/16 |

---

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

Debtor   **Sorenson Media, Inc.**                                          Case number *(if known)*   **18-27740**

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ☐■ Yes. Does the debtor serve as plan administrator?

        ☐■ No Go to Part 10.
        ☐ Yes. Fill in below:

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | JP Morgan Chase Bank<br>PO Box 182051<br>Columbus, OH 43218 | XXXX-0769 | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other___ | 10/09/2018 | $409.13 |
| 18.2. | JP Morgan Chase Bank<br>PO Box 182051<br>Columbus, OH 43218 | XXXX-7767 | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other___ | 10/09/2018 | $0.00 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

Debtor   **Sorenson Media, Inc.**                                                 Case number *(if known)* **18-27740**

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Prime Storage**<br>14039 Minuteman Drive<br>Draper, UT 84020 | **Dane Clark** | furniture, documents, equipment | ☐ No<br>■ Yes |

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

Official Form 207   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   page 17

Debtor   **Sorenson Media, Inc.**                                  Case number *(if known)*   **18-27740**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. **Continuum Media Networks, Inc.** | **Subsidiary of Sorenson Media** | **Dates business existed**<br>EIN:   **81-1700370**<br><br>From-To |
| 25.2. **Sorenson Media Limited** | **foreign subsidiary of Sorenson Media** | EIN:   **8490306**<br><br>From-To |
| 25.3. **Sorenson Media NL BV** | **foreign subsidiary of Sorenson Media - terminated** | EIN:   **63233398**<br><br>From-To |
| 25.4. **Sorenson Media Limited Korea** | **foreign subsidiary of Sorenson Media** | EIN:   **315-88-00725**<br><br>From-To |
| 25.5. **Attrix, LLC** | **subsidiary of Sorenson Media** | EIN:   **82-1575205**<br><br>From-To |
| 25.6. **Freewire, LLC** | **subsidiary of Sorenson Media** | EIN:   **82-2378339**<br><br>From-To |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Dane Clark**<br>**PO Box 1396**<br>**Riverton, UT 84065** | **06/2015 - Present** |
| 26a.2. **Elizabeth Gloyn**<br>**686 West Nelsen Farm Court**<br>**Taylorsville, UT 84123** | **08/2016 - Present** |
| 26a.3. **Eric Troff**<br>**10401 South Liffey Lane**<br>**South Jordan, UT 84009** | **12/2017 - 05/2018** |
| 26a.4. **Andrew Rust**<br>**151 South Wellinton Drive**<br>**Kaysville, UT 84037** | **04/2017 - 06-2018** |
| 26a.5. **Jamie Harper**<br>**1658 South 1820 West**<br>**Woods Cross, UT 84087** | **04/2014 - 08/2018** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor   __Sorenson Media, Inc.__                                              Case number *(if known)*  __18-27740__

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Ernst & Young**<br>**15 West South Temple**<br>**Suite 1800**<br>**Salt Lake City, UT 84101** | **04/2017 - Present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **Wallace Tax Services**<br>**12003 Genova Drive**<br>**Draper, UT 84020** | **08/2017 - Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Dane Clark**<br>**PO Box 1396**<br>**Riverton, UT 84065** | **06/2015 - Present** |
| 26c.2.   **Elizabeth Gloyn**<br>**686 West Nelsen Farm Court**<br>**Taylorsville, UT 84123** | **08/2016 - Present** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **JP Morgan Chase Bank**<br>**201 South Main Street**<br>**Suite 300**<br>**Salt Lake City, UT 84111** |
| 26d.2.   **Sorenson Capital**<br>**3400 Ashton Blvd**<br>**Suite 400**<br>**Lehi, UT 84043** |
| 26d.3.   **Triumph Commercial Finance**<br>**3 Park Central**<br>**Suite 1700**<br>**Dallas, TX 75251** |
| 26d.4.   **First Watch E&I Restaurant Group, LLC**<br>**8027 Cooper Creek Blvd**<br>**Suite 103**<br>**University Park, FL 34201** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Official Form 207                  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                  page 19

Debtor    **Sorenson Media, Inc.**                                              Case number *(if known)*   **18-27740**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jim Sorenson / JLS Holdings, LLC | 299 South Main St. Suite 200 Salt Lake City, UT 84111 | Board Member | 47.84 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Luke Sorenson | 1441 Quail Stream Lane Cottonwood Heights, UT 84093 | Board Member | 1.08 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Mark Ludwig | 3400 Ashton Blvd #400 Lehi, UT 84043 | Board Member | 0.00 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| David Simmons | 101 South 200 East Suite 100 Salt Lake City, UT 84111 | Board Member | 0.00 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Pat Nola | 2600 West Executive Partway Suite 450 Lehi, UT 84043 | Chief Executive Officer | 1.50 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Scott Klossner | 2600 West Executive Parkway Suite 450 Lehi, UT 84043 | Chief Financial Officer | 0.00 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Marcus Liassides | 12459 Wildflower Lane Highland, UT 84003 | Former CEO | 07/01/2013 - 05/11/2018 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Thomas Roberts | 12258 Timberline Drive Highland, UT 84003 | Former CMO | 05/30/2017 - 05/15/2018 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Greg Woodward | 909 Fence Post Road Fruit Heights, UT 84037 | Former CFO | 01/01/2017 - 03/01/2018 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor  **Sorenson Media, Inc.**                                         Case number *(if known)*  **18-27740**

☐  No
■  Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **Jim Sorenson** | **$3,908.38** | | **Expense Reimbursement** |
| | **Relationship to debtor**<br>**Board Member** | | | |
| 30.2 | **Pat Nola** | **$218,425.57** | | **Payroll** |
| | **Relationship to debtor**<br>**CEO** | | | |
| 30.3 | **Thomas Roberts** | **$163,142.32** | | **Payroll** |
| | **Relationship to debtor**<br>**CMO** | | | |
| 30.4 | **Steven Hafen** | **$155,844.69** | | **Payroll** |
| | **Relationship to debtor**<br>**President** | | | |
| 30.5 | **Marcus Liassides** | **$117,440.24** | | **Payroll** |
| | **Relationship to debtor**<br>**Former CEO** | | | |
| 30.6 | **Patrick Ivers** | **$315,389.33** | | **Payroll** |
| | **Relationship to debtor**<br>**Former CRO** | | | |
| 30.7 | **Bruce Woodward** | **$72,806.15** | | **Payroll** |
| | **Relationship to debtor**<br>**Former CFO** | | | |
| 30.8 | **Scott Klossner** | **$5,314.15** | | **Payroll** |
| | **Relationship to debtor**<br>**CFO** | | | |

Debtor    **Sorenson Media, Inc.**                                                    Case number *(if known)*  **18-27740**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.9 | **Scott Klossner** | **$45,000.00** | | **Consulting Fee** |
| | **Relationship to debtor**<br>**CFO** | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Name of the parent corporation                          Employer Identification number of the parent corporation

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

Name of the pension fund                                Employer Identification number of the parent corporation

Debtor    **Sorenson Media, Inc.**                                    Case number *(if known)*  **18-27740**

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  6, 2018**

**/s/ Scott Klossner**                                    **Scott Klossner**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Financial Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes