**DEBTOR:** _Sorenson Media, Inc._

**MONTHLY OPERATING REPORT**
CHAPTER 11

**CASE NUMBER:** _18-27740_

**Form 2-A**
**COVER SHEET**

For Period Ending 11/30/2018

**Accounting Method:** [x] Accrual Basis    [ ] Cash Basis

---

### *THIS REPORT IS DUE 14 DAYS AFTER THE END OF THE MONTH*

Mark One Box for Each
Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee
has waived the requirement in writing. File the original with the Clerk of Court.
Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| [x] | [ ] | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| [x] | [ ] | 2. Balance Sheet (Form 2-C) |
| [x] | [ ] | 3. Profit and Loss Statement (Form 2-D) |
| [x] | [ ] | 4. Supporting Schedules (Form 2-E) |
| [x] | [ ] | 5. Quarterly Fee Summary (Form 2-F) |
| [x] | [ ] | 6. Narrative (Form 2-G) |
| [x] | [ ] | 7. Bank Statements for All Bank Accounts |
| | |      IMPORTANT: Redact account numbers and remove check images |
| [x] | [ ] | 8. Bank Statement Reconciliations for all Bank Accounts |

---

*I declare under penalty of perjury that the following Monthly Operating Report, and any
attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

**Executed on:** _11/15/2018_     **Print Name** Scott Klossner

**Signature:** _____

**Title:** _CFO_

Rev. 12/10/2009

**DEBTOR:** Sorenson Media, Inc.                              **CASE NO:** 18-27740

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:      11/1/2018 to      11/30/2018

**CASH FLOW SUMMARY**

|  | Current Month | Accumulated |
|---|---|---|
| **1. Beginning Cash Balance** | $ 317,043 (1) | $ 845 (1) |
| 2. Cash Receipts | | |
| Operations | 27,560 | 50,791 |
| Sale of Assets | 0 | - |
| Loans/advances | 534,027 | 1,202,027 |
| Other | 24,397 | 36,732 |
| Total Cash Receipts | $ 585,983 | $ 1,289,550 |
| 3. Cash Disbursements | | |
| Operations | 780,670 | 1,167,917 |
| Debt Service/Secured loan payment | - | - |
| Professional fees/U.S. Trustee fees | 50,000 | 50,000 |
| Other | 181 | 302 |
| Total Cash Disbursements | $ 830,851 | $ 1,218,219 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | (244,867) | 71,331 |
| **5 Ending Cash Balance (to Form 2-C)** | $ 72,176 (2) | $ 72,176 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | N/A | $ 188 |
| DIP Operating Account | Zions Bank | 46,998 |
| DIP State Tax Account | | - |
| DIP Payroll Account | | - |
| Other Operating Account | JPM Chase | 24,990 |
| Other Interest-bearing Account | JPM Chase - Savings | - |
| TOTAL (must agree with Ending Cash Balance above) | | $ 72,176 (2) |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
*Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

**DEBTOR:**   **Sorenson Media, Inc.**   **CASE NO:**   18-27740

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 11/01/2018 to 11/30/2018

**CASH RECEIPTS DETAIL**   **Account No:**   981961634
*(attach additional sheets as necessary)*

| Date | Payer | Description | | Amount |
|------|-------|-------------|---|--------|
| 11/6/2018 | Zions | Wire Fee Credit | $ | 91.00 |
| 11/7/2018 | Jim Sorenson | DIP Lending | | 534,027.00 |
| 11/7/2018 | Zions | Wire Fee Credit | | 30.00 |
| 11/19/2018 | GBS Benefits | COBRA Reimbursement | | 12,377.57 |
| 11/19/2018 | New York City Dept of Finance | NY Tax Refund | | 1,737.17 |
| 11/26/2018 | Modi Media | Sales Invoice Payment | | 13,429.26 |
| 11/26/2018 | The State Insurance Fund | NY Tax Refund | | 15.59 |

**Total Cash Receipts**   $   561,707.59  (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

DEBTOR:      **Sorenson Media, Inc.**                    CASE NO:       18-27740

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: 11/01/2018 to 11/30/2018

**CASH RECEIPTS DETAIL**            Account No:        476071092
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|-------:|
| 11/2/2018 | Amazon | Proceeds from AWS Reserved Instances Sales | $ 5.31 |
| 11/5/2018 | Amazon | Proceeds from AWS Reserved Instances Sales | 12.00 |
| 11/6/2018 | Amazon | Proceeds from AWS Reserved Instances Sales | 25.00 |
| 11/8/2018 | Amazon | Proceeds from AWS Reserved Instances Sales | 12.00 |
| 11/13/2018 | Amazon | Proceeds from AWS Reserved Instances Sales | 21.35 |
| 11/19/2018 | Amazon | Proceeds from AWS Reserved Instances Sales | 11.54 |
| 11/26/2018 | Amazon | Proceeds from AWS Reserved Instances Sales | 5.10 |
| 11/27/2018 | Amazon | Proceeds from AWS Reserved Instances Sales | 3.40 |
| 11/29/2018 | Paylocity | Employee Fraud Reimbursement | 12,046.06 |
| 11/30/2018 | Paylocity | Employee Fraud Reimbursement | 12,046.06 |
| 11/30/2018 | Amazon | Proceeds from AWS Reserved Instances Sales | 88.00 |

                                    **Total Cash Receipts**        $    24,275.82  (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

**DEBTOR:**  0 Sorenson Media, Inc.                                    **CASE NO:**  18-27740

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 11/01/2018 to 11/30/2018

**CASH DISBURSEMENTS DETAIL**         **Account No:**         981961634
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount $ |
|---|---|---|---|---|
| 11/5/2018 | Wire | Rocky Mtn Advisory | Professional Services | 50,000.00 |
| 11/15/2018 | 9900047 | Health Equity | Employee Benefits | 6,041.70 |
| 11/23/2018 | 9900019 | Health Equity | Employee Benefits | 6,964.04 |
| 11/2/2018 | 9900176 | John Haynes | Travel Reimbursement | 1,246.94 |
| 11/7/2018 | 9900465 | Andrew Ashbacher | Travel Reimbursement | 1,482.39 |
| 11/6/2018 | Wire | Voya Trust | 401K Funds | 19,174.20 |
| 11/6/2018 | N/A | Zions | Service Fees | 25.00 |
| 11/7/2018 | N/A | Zions | Service Fees | 15.00 |
| 11/7/2018 | Wire | Sorenson Media UK | Intercompany Services | 39,187.01 |
| 11/7/2018 | N/A | Zions | Service Fees | 41.00 |
| 11/8/2018 | Debit Card | Github | License Services | 100.00 |
| 11/9/2018 | Wire | Lincoln | Employee Benefits | 166.64 |
| 11/9/2018 | N/A | Zions | Service Fees | 25.00 |
| 11/9/2018 | Wire | Lincoln | Employee Benefits | 3,722.01 |
| 11/9/2018 | N/A | Zions | Service Fees | 25.00 |
| 11/13/2018 | Wire | Pantheon | Website Fee | 35.00 |
| 11/14/2018 | Debit Card | NYS | Certificate of Good Standing | 50.00 |
| 11/15/2018 | Wire | Paylocity | Payroll Tax | 71,456.07 |
| 11/15/2018 | N/A | Zions | Service Fees | 25.00 |
| 11/15/2018 | Wire | Paylocity | Payroll Salary | 181,867.67 |
| 11/15/2018 | N/A | Zions | Service Fees | 25.00 |
| 11/19/2018 | Wire | Sorenson Media UK | Intercompany Services | 56,405.58 |
| 11/21/2018 | Wire | United Health Care | Employee Benefits | 75,776.65 |
| 11/26/2018 | Wire | Sorenson Media UK | Intercompany Services | 62,755.20 |
| 11/27/2018 | Wire | Pat Nola | Payroll Wages | 12,046.06 |
| 11/30/2018 | Wire | Paylocity | Payroll Tax | 67,814.89 |
| 11/30/2018 | Wire | Paylocity | Payroll Salary | 174,377.73 |

                                        **Total Cash Disbursements**   $   830,850.78  (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

DEBTOR:      0 Sorenson Media, Inc.                                    CASE NO:  18-27740

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:      11/1/2018 to  11/30/2018

**CASH DISBURSEMENTS DETAIL**          **Account No:**  |  476071092
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| N/A  | N/A       |       |                      | $      |

|  |  |  | **Total Cash Disbursements** | $         -  (1) |

*(1)  Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 12/10/2009

**DEBTOR:**    Sorenson Media, Inc.    **CASE NO:**    18-27740

### Form 2-C
### COMPARATIVE BALANCE SHEET
**For Period Ended:**    11/30/2018

| | | Current Month | | Petition Date (1) |
|---|---|---:|---|---:|
| **ASSETS** | | | | |
| Current Assets: | | | | |
| Cash (from Form 2-B, line 5) | $ | 72,176 | $ | 27,701 |
| Accounts Receivable (from Form 2-E) | | 800,110 | | 793,242 |
| Receivable from Officers, Employees, Affiliates | | - | | - |
| Inventory | | - | | - |
| Other Current Assets :(List)    Prepaids | | 612,523 | | 626,102 |
| | | - | | - |
| Total Current Assets | $ | 1,484,808 | $ | 1,447,045 |
| Fixed Assets: | | | | |
| Land | $ | - | $ | - |
| Building | | 1,488,160 | | 1,488,160 |
| Equipment, Furniture and Fixtures | | 2,575,005 | | 2,575,005 |
| Total Fixed Assets | | 4,063,164 | | 4,063,164 |
| Less:  Accumulated Depreciation | ( | 1,330,891 ) | ( | 1,255,055 ) |
| Net Fixed Assets | $ | 2,732,274 | $ | 2,808,109 |
| Other Assets (List):    Domain Name | | Unknown | | Unknown |
| Internal Use Costs | | Unknown | | Unknown |
| Intangible | | Unknown | | Unknown |
| Note Receivables | | 1,019,161 | | 1,016,805 |
| **TOTAL ASSETS** | $ | 5,236,243 | $ | 5,271,959 |
| **LIABILITIES** | | | | |
| Post-petition Accounts Payable (from Form 2-E) | $ | 451,547 | $ | |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | 76,322 | | - |
| Post-petition Taxes Payable (from Form 2-E) | | 67,834 | | - |
| Post-petition Notes Payable | | 1,206,882 | | - |
| Other Post-petition Payable(List): Accrual Reductions (SaaS&Ins.) | | (15,843) | | - |
| EE Benefit Accrual Change | | 36,697 | | - |
| Total Post Petition Liabilities | $ | 1,823,439 | $ | - |
| Pre Petition Liabilities: | | | | |
| Secured Debt | | 22,397,927 | | 22,218,480 |
| Priority Debt | | - | | - |
| Unsecured Debt | | 118,954,298 | | 118,958,854 |
| Total Pre Petition Liabilities | $ | 141,352,225 | $ | 141,177,334 |
| **TOTAL LIABILITIES** | $ | 143,175,665 | $ | 141,177,334 |
| **OWNERS' EQUITY** | | | | |
| Owner's/Stockholder's Equity | $ | 47,127,124 | $ | 47,127,124 |
| Retained Earnings - Prepetition | | (183,032,500) | | (183,032,500) |
| Retained Earnings - Post-petition | | (2,034,046) | | |
| **TOTAL OWNERS' EQUITY** | $ | (137,939,422) | $ | (135,905,376) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | 5,236,243 | $ | 5,271,959 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values
listed on the Debtor's schedules.*

**DEBTOR:**  Sorenson Media, Inc.                                    **CASE NO:** 18-27740

**Form 2-D**
**PROFIT AND LOSS STATEMENT**
**For Period**  11/1/2018 **to**  11/30/2018

|  | | Current Month | | Accumulated Total (1) |
|---|---|---|---|---|
| Gross Operating Revenue | $ | 18,211 | $ | 39,765 |
| Less: Discounts, Returns and Allowances | ( | - ) | ( | - ) |
| **Net Operating Revenue** | $ | 18,211 | $ | 39,765 |
| Cost of Goods Sold | | 163,756 | | 266,597 |
| **Gross Profit** | $ | (145,545) | $ | (226,831) |
| Operating Expenses | | | | |
| Officer Compensation | $ | (41,667) | $ | (62,500) |
| Selling, General and Administrative | | (733,153) | | (1,172,055) |
| Rents and Leases | | (19,954) | | (29,931) |
| Depreciation, Depletion and Amortization | | (50,519) | | (75,835) |
| Other (list): | | - | | - |
| | | - | | - |
| Total Operating Expenses | $ | (845,292) | $ | (1,340,321) |
| **Operating Income (Loss)** | $ | (990,837) | $ | (1,567,153) |
| Non-Operating Income and Expenses | | | | |
| Other Non-Operating Expenses | $ | (4,733) | $ | (6,311) |
| Gains (Losses) on Sale of Assets | | - | | - |
| Interest Income | | 1,571 | | 2,357 |
| Interest Expense | | (132,753) | | (184,433) |
| Other Non-Operating Income | | - | | - |
| Net Non-Operating Income or (Expenses) | $ | (135,914) | $ | (188,388) |
| Reorganization Expenses | | | | |
| Legal and Professional Fees | $ | (44,854) | $ | (69,854) |
| Other Reorganization Expense | | (31,468) | | (43,324) |
| Total Reorganization Expenses | $ | (76,322) | $ | (113,178) |
| **Net Income (Loss) Before Income Taxes** | $ | (1,203,073) | $ | (1,868,718) |
| Federal and State Income Tax Expense (Benefit) | | - | | - |
| **NET INCOME (LOSS)** | $ | (1,203,073) | $ | (1,868,718) |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

DEBTOR:   Sorenson Media, Inc.                              CASE NO:   18-27740

**Form 2-E**
**SUPPORTING SCHEDULES**
For Period:        11/1/2018  to    11/30/2018

### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: | | | | | | |
| Federal | $ - | $ 71,471.89 | $ 35,830.19 | 11/20/2018 | Wire | $ 35,641.70 |
| State | - | 25,451.76 | 13,139.81 | 11/20/2018 | Wire | 12,311.95 |
| FICA Tax Withheld | - | 21,166.18 | 11,236.75 | 11/20/2018 | Wire | 9,929.43 |
| Employer's FICA Tax | - | 21,166.18 | 11,236.75 | 11/20/2018 | Wire | 9,929.43 |
| Unemployment Tax | | | | | | |
| Federal | - | | - | 11/20/2018 | Wire | - |
| State | - | 14.93 | 12.45 | 11/20/2018 | Wire | 2.48 |
| Sales, Use & Excise Taxes | - | | - | | | |
| Property Taxes | - | | - | | | |
| Accrued Income Tax: | | | | | | |
| Federal | - | | - | | | - |
| State | - | | - | | | |
| Other: NY Disability | 6.50 | 13.00 | - | | | 19.50 |
| Other: Franchise Tax | - | | | | | - |
| TOTALS | $ 6.50 | $ 139,283.94 | $ 71,455.95 | | | $ 67,834.49 |

*(1)  For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | C.N.A. | $ 1,000,000 | 7/15/2019 | 12/31/2018 |
| General Liability | C.N.A. | $ 2,000,000 | 7/15/2019 | 12/31/2018 |
| Property (Fire, Theft) | C.N.A. | $ 1,120,000 | 7/15/2019 | 12/31/2018 |
| Vehicle | C.N.A. | $ 1,000,000 | 7/15/2019 | 12/31/2018 |
| Other (list): | | $ | | |
| D&O | Evanston Ins Co. | $ 2,000,000 | 5/22/2019 | 5/22/2019 |
| Umbrella | C.N.A. | $ 5,000,000 | 7/15/2019 | 12/31/2018 |
| E&O | C.N.A. | $ 2,000,000 | 7/15/2019 | 12/31/2018 |

DEBTOR: Sorenson Media, Inc.                              CASE NO: 18-27740

### Form 2-E
### SUPPORTING SCHEDULES
For Period: 11/01/2018 to 11/30/2018

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $ 35,209.68 | $ 451,546.98 |
| 30 to 60 days | 0.00 | 0.00 |
| 61 to 90 days | 0.00 | 0.00 |
| 91 to 120 days | 0.00 | 0.00 |
| Over 120 days | 0.00 | 0.00 |
| **Total Post Petition** | 35,209.68 | |
| **Pre Petition Amounts** | 768,250.35 | |
| Total Accounts Receivable | $ 803,460.03 | |
| Less: Bad Debt Reserve | (3,350.36) | |
| **Net Accounts Receivable (to Form 2-C)** | $ 800,109.67 | |
| **Total Post Petition Accounts Payable** | | $ 451,546.98 |

*Attach a detail listing of accounts receivable and post-petition accounts payable*

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ 87,050.19 | $ 44,853.50 | $ - | | $ 69,853.50 |
| Counsel for Unsecured Creditors' Committee | - | - | - | | - |
| Trustee's Counsel | - | - | - | | - |
| Accountant - RMA/CRO | 50,000.00 | 31,468.00 | - | | 43,324.41 |
| Other: Honigman | 93,592.88 | - | - | | - |
| Total | $ 230,643.07 | $ 76,321.50 | $ - | | $ 113,177.91 |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| N/A | | | $ |
| | | | |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner,
partner, shareholder, officer or director.

**DEBTOR:**  Sorenson Media, Inc.                    **CASE NO:**  18-27740

## Form 2-F
## QUARTERLY FEE SUMMARY *
**For the Month Ended:**  11/30/2018

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|-------|------|----------------------|-------------------|-----------|-----------|
| January | | $ 0 | | | |
| February | | 0 | | | |
| March | | 0 | | | |
| **TOTAL 1st Quarter** | | $ 0 $ | | | |
| April | | $ 0 | | | |
| May | | 0 | | | |
| June | | 0 | | | |
| **TOTAL 2nd Quarter** | | $ 0 $ | | | |
| July | | $ 0 | | | |
| August | | 0 | | | |
| September | | 0 | | | |
| **TOTAL 3rd Quarter** | | $ 0 $ | | | |
| October | 2018 | $ 387,368.33 | 3,873.68 | | |
| November | 2018 | 830,850.78 | 8,308.51 | | |
| December | | 0 | | | |
| **TOTAL 4th Quarter** | | $ 1,218,219.11 $ | 12,182.19 | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|-------------------------|-----|-------------------------|-----|
| $0 to $14,999...................... | $325 | $1,000,000 to $1,999,999............. | $6,500 |
| $15,000 to $74,999............. | $650 | $2,000,000 to $2,999,999............. | $9,750 |
| $75,000 to $149,999............ | $975 | $3,000,000 to $4,999,999............. | $10,400 |
| $150,000 to $224,999......... | $1,625 | $5,000,000 to $14,999,999 ....... | $13,000 |
| $225,000 to $299,999.......... | $1,950 | $15,000,000 to $29,999,999.... | $20,000 |
| $300,000 to $999,999.......... | $4,875 | $30,000,000 or more | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B.  Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

**DEBTOR:**  Sorenson Media, Inc.                          **CASE NO:** 18-27740

Form 2-G
**NARRATIVE**
For Period Ending: 11/30/2018

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.**

The Debtor file is chapter 11 voluntary bankruptcy petition on October 16, 2018.  This report provides information on the operations of the Debtor for the preriod from November 1, 2018 - November 30, 2018.

Asset and liability balances may be over or understated and are subject to material modification. The financial statements may change as information becomes available to the Debtor.  The Debtor may dispute the nature and amount of the assets and liabilities presented in these financial statements.

As new information and evidence becomes available, the balance sheet will be updated to reflect the correct amounts of assets and liabilities.  The fact that liabilities and assets are omitted, listed and/or adjusted on the Trustee's balance sheet does not necessarily reflect the final opinion as to the eventual treatment of the assets and liabilities in a plan of reorganization or otherwise.

```
System:      12/14/2018  8:09:48 AM              Sorenson Media, Inc.                          Page:    15
User Date:   12/14/2018                RECONCILIATION POSTING JOURNAL - REPRINT                User ID: dclark
                                              Bank Reconciliation


Audit Trail Code: CMADJ00000179                                    Bank Statement Ending Balance: $46,997.54
Checkbook ID:     C-OPERATING                                      Bank Statement Ending Date:    11/30/2018
Description:      Zions Account #1634                              Cutoff Date:                   11/30/2018


Statement Ending Balance                          $46,997.54
Outstanding Checks (-)                                 $0.00
Deposits in Transit (+)                                $0.00
                                            ------------------------
Adjusted Bank Balance                             $46,997.54
                                            ------------------------
Checkbook Balance as of Cutoff                    $46,997.54
Adjustments                                            $0.00
                                            ------------------------
Adjusted Book Balance                             $46,997.54
                                            ------------------------
Difference                                             $0.00
                                            ========================
```

```
System:      12/14/2018  8:09:48 AM              Sorenson Media, Inc.                    Page:    13
User Date:   12/14/2018                 RECONCILIATION POSTING JOURNAL - REPRINT         User ID: dclark
                                              Bank Reconciliation
```

```
Audit Trail Code: CMADJ00000177                      Bank Statement Ending Balance: $24,990.29
Checkbook ID:   B-OPERATING                          Bank Statement Ending Date:     11/30/2018
Description:    CHASE OPERATING ACCOUNT #1092         Cutoff Date:                    11/30/2018


Statement Ending Balance                    $24,990.29
Outstanding Checks (-)                           $0.00
Deposits in Transit (+)                          $0.00
                                        ------------------------
Adjusted Bank Balance                       $24,990.29
                                        ------------------------
Checkbook Balance as of Cutoff              $24,990.29
Adjustments                                      $0.00
                                        ------------------------
Adjusted Book Balance                       $24,990.29
                                        ------------------------
Difference                                       $0.00
                                        ========================
```

```
System:     12/14/2018  8:09:48 AM                  Sorenson Media, Inc.                        Page:    12
User Date:  12/14/2018                  RECONCILIATION POSTING JOURNAL - REPRINT            User ID: dclark
                                               Bank Reconciliation


Audit Trail Code: CMADJ00000176                              Bank Statement Ending Balance: $0.00
Checkbook ID:     A-GENERAL                                  Bank Statement Ending Date:    11/30/2018
Description:      JP Chase Morgan - #8950                     Cutoff Date:                   11/30/2018


Statement Ending Balance                            $0.00
Outstanding Checks (-)                              $0.00
Deposits in Transit (+)                             $0.00
                                         ------------------------
Adjusted Bank Balance                              $0.00
                                         ------------------------
Checkbook Balance as of Cutoff                     $0.00
Adjustments                                        $0.00
                                         ------------------------
Adjusted Book Balance                              $0.00
                                         ------------------------
Difference                                         $0.00
                                         ========================
```

# ZIONS BANK.

P.O. Box 30709, Salt Lake City, UT 84130-0709

**Statement of Accounts**
Page 1 of 4
This Statement: November 30, 2018
Last Statement: October 31, 2018

Primary Account

For 24-hour account
information, please contact:

1-800-789-BANK (2265)

zionsbank.com

0012733        1735-06-0000-ZFN-PG0007-00000

SORENSON MEDIA INC. CASE #18-27740
DEBTOR IN POSSESSION
PATRICK NOLA
SCOTT KLOSSNER
2600 W EXECUTIVE PKWY STE 450
LEHI UT  84043-3989

**WE HAVEN'T FORGOTTEN WHO KEEPS US IN BUSINESS. ®**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | | $46,997.54 | |

## BUSINESS INSPIRE CHECKING 981961634                    151   0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 316,140.73 | 561,707.59 | 765,115.71 | 65,735.07 | 46,997.54 |

### 6 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 11/06 | 41.00 | fee refund ID: 000000001 2325422788 |
| 11/06 | 50.00 | fee refund ID: 000000001 2325422790 |
| 11/07 | 534,027.00 | WIRE/IN-201811070000002192;ORG JAMES LEE SORENSON;OBI 11.5.18  1313601535 |
| 11/07 | 30.00 | fee refund ID: 000000001 2319414754 |
| 11/19 | 14,114.74 | DEPOSIT 7676297027 |
| 11/26 | 13,444.85 | DEPOSIT 7676317546 |

### 22 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 11/06 | 19,174.20 | WIRE/OUT-2018110600004150;BNF VOYA INSTITUTIONAL TRUST CO;OB  1319402960 |
| 11/06 | 25.00 | WIRE TRANSACTION SERVICE FEE |
| 11/07 | 15.00 | WIRE TRANSACTION SERVICE FEE |
| 11/07 | 39,187.01 | WIRE/OUT-2018110700006409;BNF SORENSON MEDIA LIMITED;OBI NOV  1313604299 |
| 11/07 | 41.00 | WIRE TRANSACTION SERVICE FEE |
| 11/08 | 100.00 | 2449215N7LSTGXYY8 2466 GITHUB.COM 415-448-6673 CA  1221392959 |
| 11/09 | 166.64 | WIRE/OUT-2018110900007375;BNF LINCOLN LLANY;OBI SORENSON MD-  1311505234 |
| 11/09 | 25.00 | WIRE TRANSACTION SERVICE FEE |
| 11/09 | 3,722.01 | WIRE/OUT-2018110900007345;BNF LINCOLN FINANCIAL;OBI SORENSON  1311505222 |
| 11/09 | 25.00 | WIRE TRANSACTION SERVICE FEE |
| 11/13 | 35.00 | 2449215NDJH8QLAAX 2466 PANTHEON SYSTEMS INC HTTPSPANTHEON CA  1226779778 |
| 11/14 | 50.00 | 2475541NE3W12LP5B 2466 NYS DOS CORP 518 473 8518-4738262 NY  1222192405 |
| 11/15 | 71,456.07 | WIRE/OUT-2018111500004817;BNF PAYLOCITY CORPORATION;OBI 1237  1311003490 |
| 11/15 | 25.00 | WIRE TRANSACTION SERVICE FEE |
| 11/15 | 181,867.67 | WIRE/OUT-2018111500004736;BNF PAYLOCITY CORPORATION;OBI 1237  1311003444 |
| 11/15 | 25.00 | WIRE TRANSACTION SERVICE FEE |
| 11/19 | 56,405.58 | WIRE/OUT-2018111900007388;BNF Sorenson Media Limited;OBI Inv  1313605184 |
| 11/21 | 75,776.65 | UNITED HEALTH CA EPOSPY OB608427 REF #:018325002823145  1120516760 |
| 11/26 | 62,755.20 | WIRE/OUT-2018112600005126;BNF Sorenson Media Limited;OBI Inv  1314903385 |
| 11/27 | 12,046.06 | WIRE/OUT-2018112700005990;BNF Pat Nola;OBI 11/15 Wage Paymen  1311204070 |
| 11/30 | 67,814.89 | WIRE/OUT-2018113000008054;BNF Paylocity Corporation;OBI Sore  1311605381 |
| 11/30 | 174,377.73 | WIRE/OUT-2018113000008055;BNF Paylocity Corporation;OBI Sore  1311605383 |



\ division of Zions Bancorporation, N.A. Member FDIC

0012733-0000001-0031685

# ZIONS BANK.

P.O. Box 30709, Salt Lake City, UT 84130-0709

Page 3 of 4
November 30, 2018
SORENSON MEDIA INC. CASE #18-27740
981961634

## 5 CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 0 | 11/05 | 50,000.00 | 9900047* | 11/15 | 6,041.70 | 9900465* | 11/07 | 1,482.39 |
| 9900019* | 11/23 | 6,964.04 | 9900176* | 11/02 | 1,246.94 | | | |

*Not in check sequence*

## AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|--|--|--|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

## DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/02 | 314,893.79 | 11/09 | 735,078.54 | 11/21 | 357,510.61 |
| 11/05 | 264,893.79 | 11/13 | 735,043.54 | 11/23 | 350,546.57 |
| 11/06 | 245,785.59 | 11/14 | 734,993.54 | 11/26 | 301,236.22 |
| 11/07 | 739,117.19 | 11/15 | 475,578.10 | 11/27 | 289,190.16 |
| 11/08 | 739,017.19 | 11/19 | 433,287.26 | 11/30 | 46,997.54 |

A division of Zions Bancorporation, N.A. Member FDIC



**CHASE** 🔾

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

November 01, 2018 through November 30, 2018

**Account Number:**

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00000630 WBS 602 211 33518 NNNNNNNNNNN 1 000000000 61 0000
SORENSON MEDIA, INC.
25 E SCENIC POINTE DR
STE 100
DRAPER UT 84020-6131



## Commercial Checking

### Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $0.00 |  |
| Deposits and Credits | 0 | $0.00 |  |
| Withdrawals and Debits | 0 | $0.00 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$0.00** |  |

Your service charges, fees and earnings credit have been calculated through account analysis.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to
the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account
(including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or
availability of the first statement on which the error or charge appears.



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218- 2051

November 01, 2018 through November 30, 2018
Account Number: 0000



### CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00001709 DDA 602 211 33518 NNNNNNNNNNN 1 000000000 80 0000
SORENSON MEDIA, INC.
25 E SCENIC POINTE DR
STE 100
DRAPER UT 84020-6131

---

## CHECKING SUMMARY  Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$714.47** |
| Deposits and Additions | 13 | 24,275.82 |
| **Ending Balance** | **13** | **$24,990.29** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/02 | Orig CO Name:Amznjnyf59Gw      Orig ID:2710938319 Desc Date:181102<br>CO Entry Descr:Retail Dissec:CCD   Trace#:091000013707042 Eed:181102<br>Ind ID:Su0Lytkgqypm9Fk      Ind Name:Sorenson Media, Inc.<br>Payments.Amazon.Com ID#Su0Lytkgqypm 9Fk<br>Jnyf59Gw Trn: 3063707042Tc | $5.31 |
| 11/05 | Orig CO Name:Amznm9Ymo67P      Orig ID:2710938319 Desc Date:181105<br>CO Entry Descr:Retail Dissec:CCD   Trace#:091000013364107 Eed:181105<br>Ind ID:4Aneq933E4TN3Mh      Ind Name:Sorenson Media, Inc.<br>Payments.Amazon.Com ID#4Aneq933E4TN 3Mh<br>M9Ymo67P Trn: 3093364107Tc | 12.00 |
| 11/06 | Orig CO Name:Amzny3U5Gy4E      Orig ID:2710938319 Desc Date:181106<br>CO Entry Descr:Retail Dissec:CCD   Trace#:091000014218441 Eed:181106<br>Ind ID:3O3Uoiwq2Qfg5Sr      Ind Name:Sorenson Media, Inc.<br>Payments.Amazon.Com ID#3O3Uoiwq2Qfg 5Sr<br>Y3U5Gy4E Trn: 3104218441Tc | 25.00 |
| 11/08 | Orig CO Name:Amznt674Yb0Q      Orig ID:2710938319 Desc Date:181108<br>CO Entry Descr:Retail Dissec:CCD   Trace#:091000013604091 Eed:181108<br>Ind ID:3H4Ysueud62Kh50      Ind Name:Sorenson Media, Inc.<br>Payments.Amazon.Com ID#3H4Ysueud62K H50<br>T674Yb0Q Trn: 3123604091Tc | 12.00 |


**CHASE**

November 01, 2018 through November 30, 2018

Account Number: ▓▓▓▓▓▓▓▓

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/13 | Orig CO Name:Amznqrjp1Y54      Orig ID:2710938319 Desc Date:181112 CO Entry Descr:Retail Dissec:CCD   Trace#:091000015419810 Eed:181113  Ind ID:2Hhl0Hk1Aeut06R      Ind Name:Sorenson Media, Inc. Payments.Amazon.Com ID#2Hhl0Hk1Aeut 06R Qrjp1Y54 Trn: 3175419810Tc | 12.50 |
| 11/13 | Orig CO Name:Amznsrbqehi6      Orig ID:2710938319 Desc Date:181112 CO Entry Descr:Retail Dissec:CCD   Trace#:091000015419807 Eed:181113  Ind ID:Okzu4H16Ibqh8Yk      Ind Name:Sorenson Media, Inc. Payments.Amazon.Com ID#Okzu4H16Ibqh 8Yk Srbqehi6 Trn: 3175419807Tc | 8.85 |
| 11/19 | Orig CO Name:Amzndlqpcj33      Orig ID:2710938319 Desc Date:181119 CO Entry Descr:Retail Dissec:CCD   Trace#:091000017042553 Eed:181119  Ind ID:4G541Aa6PC7G9Tq      Ind Name:Sorenson Media, Inc. Payments.Amazon.Com ID#4G541Aa6PC7G 9Tq Dlqpcj33 Trn: 3237042553Tc | 8.00 |
| 11/19 | Orig CO Name:Amzndlqpcj33      Orig ID:2710938319 Desc Date:181119 CO Entry Descr:Retail Dissec:CCD   Trace#:091000017042551 Eed:181119  Ind ID:7Ftxn2Hkefx183W      Ind Name:Sorenson Media, Inc. Payments.Amazon.Com ID#7Ftxn2Hkefx1 83W Dlqpcj33 Trn: 3237042551Tc | 3.54 |
| 11/26 | Orig CO Name:Amznx9F06Fo1      Orig ID:2710938319 Desc Date:181126 CO Entry Descr:Retail Dissec:CCD   Trace#:091000015589543 Eed:181126  Ind ID:1Gdfn8Abtw72Ej1      Ind Name:Sorenson Media, Inc. Payments.Amazon.Com ID#1Gdfn8Abtw72 Ej1 X9F06Fo1 Trn: 3305589543Tc | 5.10 |
| 11/27 | Orig CO Name:Amzntxw70V53      Orig ID:2710938319 Desc Date:181127 CO Entry Descr:Retail Dissec:CCD   Trace#:091000019086481 Eed:181127  Ind ID:5Qphcyuhqv6W42l      Ind Name:Sorenson Media, Inc. Payments.Amazon.Com ID#5Qphcyuhqv6W 42l Txw70V53 Trn: 3319086481Tc | 3.40 |
| 11/29 | Orig CO Name:12377 Sorenson M      Orig ID:1364227403 Desc Date:181129 CO Entry Descr:Fix      Sec:CCD   Trace#:011002723999344 Eed:181129  Ind ID:12377      Ind Name:Sorenson Media Inc 760793370      (PC) Trn: 3333999344Tc | 12,046.06 |
| 11/30 | Orig CO Name:12377 Sorenson M      Orig ID:1364227403 Desc Date:181130 CO Entry Descr:Fix      Sec:CCD   Trace#:011002723744639 Eed:181130  Ind ID:12377      Ind Name:Sorenson Media Inc 760793370      (PC) Trn: 3343744639Tc | 12,046.06 |
| 11/30 | Orig CO Name:Amznxy95Wngl      Orig ID:2710938319 Desc Date:181130 CO Entry Descr:Retail Dissec:CCD   Trace#:091000013744641 Eed:181130  Ind ID:4Fdj2Z09Jp5Aulh      Ind Name:Sorenson Media, Inc. Payments.Amazon.Com ID#4Fdj2Z09Jp5A Ulh Xy95Wngl Trn: 3343744641Tc | 88.00 |

**Total Deposits and Additions**        **$24,275.82**

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 11/02 | $719.78 |
| 11/05 | 731.78 |
| 11/06 | 756.78 |
| 11/08 | 768.78 |
| 11/13 | 790.13 |

# CHASE ◻

November 01, 2018 through November 30, 2018

Account Number ■■■■■■■■■■■■■



## DAILY ENDING BALANCE | *(continued)*

| DATE | AMOUNT |
|------|--------|
| 11/19 | 801.67 |
| 11/26 | 806.77 |
| 11/27 | 810.17 |
| 11/29 | 12,856.23 |
| 11/30 | 24,990.29 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**