**This order is SIGNED.**



Dated: January 3, 2019

WILLIAM T. THURMAN
U.S. Bankruptcy Judge

_sip_

*Prepared and Submitted by:*

George Hofmann (10005)
Patrick E. Johnson (10771)
**Cohne Kinghorn, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 363-4300

Proposed attorneys for Sorenson Media, Inc.

---

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | Bankruptcy No. 18-27740 (WTT) |
| SORENSON MEDIA, INC., | Chapter 11 |
| Debtor. | |

### ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO IMPLEMENT KEY EMPLOYEE RETENTION PLAN AND TO PAY PLAN THROUGH COLLATERAL SURCHARGE

The matter before the Court is the Debtor's *Motion for Order for Authority to Implement Key Employee Retention Plan and to Pay Plan through Collateral Surcharge* (the "Motion") (Dkt. 166). The Court conducted a hearing on the Motion on December 17, 2018. Appearances of counsel were noted on the record at the hearing.

{00416851.DOCX /}

Based on the Court's review and consideration of the Motion, the arguments of counsel made on the record at the hearing, and other relevant matters of record in this case, THE COURT HEREBY FINDS AND CONCLUDES that notice of the hearing was sufficient and proper under the circumstances and that the Debtor has shown good cause for granting the relief requested in the Motion.

ACCORDINGLY, THE COURT HEREBY ORDERS AS FOLLOWS:

1. The Motion is granted; and

2. The Debtor is authorized to pay Key Employees[1] a percentage of a portion of the sale proceeds (the "KERP Payment") following the closing a sale of the Debtor's assets pursuant to 11 U.S.C. § 363, an auction or similar process (the "Sale").

3. The KERP Payment shall be calculated by applying the percentage of 9.713% (the "Overall Percentage") to the difference between (a) the gross sales price of a Sale transaction, and (b) $4,000,000, *provided, however*, that the Debtor shall not pay a Key Employee the KERP Payment if the employee is not employed by the Debtor at the time of the Closing of the Sale transaction, and, *provided, further*, that, with the written consent of JLS, the Debtor shall have discretion to pay a Key Employee the KERP Payment if the employee was terminated prior to the closing of the Sale transaction.

4. The respective proposed percentages payable to each individual employee, which totals the Overall Percentage, will be calculated by reference to the

---

[1] Capitalized terms used in this Order but not defined herein shall have the meanings ascribed to such terms in the Motion.

Debtor's pre-bankruptcy employee stock option program, which has been discontinued in light of the Debtor's bankruptcy filing.

5. For clarification, and by way of example, assuming a hypothetical Sale that generated a sale price of $15,000,000, the difference would equal $11,000,000. In this scenario, employees as a whole would receive a total KERP Payment of $1,068,375 ($11,000,000 x .09713).

6. The KERP Payment shall be paid from the proceeds of JLS' collateral, provided, however, that if the sale price is made by a credit bid, then the purchaser shall pay the KERP Payment in addition to the credit bid.

------------------------------------------END OF ORDER----------------------------------------------

### DESIGNATION OF PARTIES TO BE SERVED

      Service of the foregoing **ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO IMPLEMENT KEY EMPLOYEE RETENTION PLAN AND TO PAY PLAN THROUGH COLLATERAL SURCHARGE** shall be served to the parties and in the manner designated below:

**By Electronic Service**:  I certify that the parties of the record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- Michael Ronald Brown     mbrown@parsonsbehle.com
- T. Edward Cundick     tec@princeyeates.com, docket@princeyeates.com;pam@princeyeates.com
- Tim Dance     tdance@swlaw.com, docket_slc@swlaw.com;snielsen@swlaw.com;bhatch@swlaw.com
- Debra A. Dandeneau     debra.dandeneau@bakermckenzie.com, lori.seavey@bakermckenzie.com
- Frank Grese     frank.grese@bakermckenzie.com
- George B. Hofmann     ghofmann@cohnekinghorn.com, dhaney@cohnekinghorn.com;mparks@cohnekinghorn.com
- Phillip M. Hudson
- Michael R. Johnson     mjohnson@rqn.com, docket@rqn.com;dburton@rqn.com
- Patrick E Johnson     pjohnson@cohnekinghorn.com, jdannenmueller@cohnekinghorn.com
- Jacob M. Kaplan
- David E. Leta     dleta@swlaw.com, wkalawaia@swlaw.com;csmart@swlaw.com
- John T. Morgan tr     john.t.morgan@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- Ellen E Ostrow     eeostrow@hollandhart.com, intake-team@hollandhart.com;lahansen@hollandhart.com
- Ira A. Reid
- Mark C. Rose     mrose@mbt-law.com, markcroselegal@gmail.com
- Joseph R. Sgroi     jsgroi@honigman.com
- Engels Tejeda     ejtejeda@hollandhart.com, tjones@hollandhart.com,slclitdocket@hollandhart.com,intaketeam@hollandhart.com
- Jeff D. Tuttle     jtuttle@swlaw.com, jpollard@swlaw.com;docket_slc@swlaw.com
- United States Trustee     USTPRegion19.SK.ECF@usdoj.gov
- Brent D. Wride     bwride@rqn.com, docket@rqn.com;pbrown@rqn.com

**By U.S. Mail**:  In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

| | |
|---|---|
| Cheylynn Hayman<br>Parr Brown Gee & Loveless<br>101 South 200 East<br>Suite 700<br>Salt Lake City, UT 84111 | Phillip Hudson<br>Saul Ewing Arnstein & Lehr LLP<br>200 S. Biscayne Boulevard, Suite 3600<br>Miami, FL 33131 |

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Patrick Johnson

United States Bankruptcy Court
District of Utah

In re:  
Sorenson Media, Inc.  
    Debtor

Case No. 18-27740-WTT  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: gci     Page 1 of 1     Date Rcvd: Jan 03, 2019  
                Form ID: pdfor1     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2019.
```
aty            +Cheylynn Hayman,    Parr Brown Gee & Loveless,    101 South 200 East,    Suite 700,
                 Salt Lake City, UT 84111-3105
sp             +Phillip Hudson, III,    Saul Ewing Arnstein & Lehr LLP,    200 S. Biscayne Boulevard, Suite 3600,
                 Miami, FL 33131-2395
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2019                                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2019 at the address(es) listed below:
```
              Brent D. Wride    on behalf of Creditor    Gracenote, Inc. bwride@rqn.com,
               docket@rqn.com;pbrown@rqn.com
              David E. Leta    on behalf of Creditor    JLS Holdings, LLC dleta@swlaw.com,
               wkalawaia@swlaw.com;csmart@swlaw.com
              Debra A. Dandeneau    on behalf of Creditor    Gracenote, Inc. debra.dandeneau@bakermckenzie.com,
               lori.seavey@bakermckenzie.com
              Ellen E Ostrow    on behalf of Creditor Committee    Official  Committee of Unsecured Creditors
               eeostrow@hollandhart.com,    intaketeam@hollandhart.com;lahansen@hollandhart.com
              Engels Tejeda    on behalf of Creditor Committee    Official  Committee of Unsecured Creditors
               ejtejeda@hollandhart.com,    tjones@hollandhart.com,slclitdocket@hollandhart.com,
               intaketeam@hollandhart.com
              Frank Grese    on behalf of Creditor    Gracenote, Inc. frank.grese@bakermckenzie.com
              George B. Hofmann    on behalf of Debtor    Sorenson Media, Inc. ghofmann@cohnekinghorn.com,
               dhaney@cohnekinghorn.com;mparks@cohnekinghorn.com
              Ira A. Reid    on behalf of Creditor    Gracenote, Inc.
              Jacob M. Kaplan    on behalf of Creditor    Gracenote, Inc.
              Jeff D. Tuttle    on behalf of Creditor    JLS Holdings, LLC jtuttle@swlaw.com,
               jpollard@swlaw.com;docket_slc@swlaw.com
              John T. Morgan tr    on behalf of U.S. Trustee    United States Trustee john.t.morgan@usdoj.gov,
               James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
              Joseph R. Sgroi    on behalf of Debtor    Sorenson Media, Inc. jsgroi@honigman.com
              Mark C. Rose    on behalf of Creditor Guy  Beverlin mrose@mbt-law.com,    markcroselegal@gmail.com
              Michael R. Johnson    on behalf of Creditor    Gracenote, Inc. mjohnson@rqn.com,
               docket@rqn.com;dburton@rqn.com
              Michael Ronald Brown    on behalf of Creditor    VIZIO, Inc. mbrown@parsonsbehle.com
              Patrick E Johnson    on behalf of Debtor    Sorenson Media, Inc. pjohnson@cohnekinghorn.com,
               jdannenmueller@cohnekinghorn.com
              Phillip M. Hudson, III    on behalf of Creditor    VIZIO, Inc.
              T. Edward Cundick    on behalf of Creditor    Sinclair Television Group, Inc. tec@princeyeates.com,
               docket@princeyeates.com;pam@princeyeates.com
              Tim Dance    on behalf of Creditor    JLS Holdings, LLC tdance@swlaw.com,
               docket_slc@swlaw.com;snielsen@swlaw.com;ccole@swlaw.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                              TOTAL: 20
```