**DEBTOR:**   Sorenson Media, Inc.

**CASE NUMBER:**   18-27740

**MONTHLY OPERATING REPORT**
CHAPTER 11

**Form 2-A**
**COVER SHEET**

For Period Ending 12/31/2018

**Accounting Method:**   ☒ Accrual Basis   ☐ Cash Basis

### THIS REPORT IS DUE 14 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each
Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee
has waived the requirement in writing.  File the original with the Clerk of Court.
Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts IMPORTANT: Redact account numbers and remove check images |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any
attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

**Executed on: 01/14/2019**     **Print Name** Scott Klossner

**Signature:**

**Title:**   CFO

Rev. 12/10/2009

DEBTOR:  Sorenson Media, Inc.                                   CASE NO:    18-27740

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:  12/1/2018 to   12/31/2018

**CASH FLOW SUMMARY**

|  | Current Month | Accumulated |
|---|---|---|
| **1. Beginning Cash Balance** | $  72,176  (1) | $  845  (1) |
| **2. Cash Receipts** | | |
| Operations | 1,220 | 52,011 |
| Sale of Assets | - | - |
| Loans/advances | 600,000 | 1,802,027 |
| Other | 31,116 | 67,847 |
| Total Cash Receipts | $  632,335 | $  1,921,885 |
| **3. Cash Disbursements** | | |
| Operations | 543,450 | 1,711,367 |
| Debt Service/Secured loan payment | - | - |
| Professional fees/U.S. Trustee fees | 55,000 | 105,000 |
| Other | 27,171 | 27,473 |
| Total Cash Disbursements | $  625,621 | $  1,843,840 |
| **4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements)** | 6,714 | 78,045 |
| **5 Ending Cash Balance (to Form 2-C)** | $  78,890  (2) | $  78,890  (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | N/A | $  858 |
| DIP Operating Account | Zions Bank | 77,408 |
| DIP State Tax Account | | - |
| DIP Payroll Account | | - |
| Other Operating Account | JPM Chase | 624 |
| Other Interest-bearing Account | JPM Chase - Savings | - |
| TOTAL (must agree with Ending Cash Balance above) | | $  78,890  (2) |

*(1)  Accumulated beginning cash balance is the cash available at the commencement of the case.*
*Current month beginning cash balance should equal the previous month's ending balance.*
*(2)  All cash balances should be the same.*

**DEBTOR:**     Sorenson Media, Inc.        **CASE NO:**     18-27740

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 12/01/2018 to 12/31/2018

**CASH RECEIPTS DETAIL**          **Account No:**     ***1634
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 12/3/2019 | Jim Sorenson | DIP Lending | $ 250,000.00 |
| 12/12/2019 | JPMorgan - Sorenson Acct | Transfer balance from JPMorgan acct | 26,896.49 |
| 12/18/2019 | Jim Sorenson | DIP Lending | 75,000.00 |
| 12/19/2019 | Sorenson EE's | Check deposit for computer purchases | 1,453.60 |
| 12/24/2019 | Jim Sorenson | DIP Lending | 275,000.00 |

**Total Cash Receipts**     $    628,350.09   (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

**DEBTOR:**     **Sorenson Media, Inc.**                    **CASE NO:**    18-27740

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 12/01/2018  to 12/31/2018

**CASH RECEIPTS DETAIL**              **Account No:**          | ***1092 |
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 12/5/2018 | Amazon | Proceeds from AWS Reserved Instances Sales | $ 674.73 |
| 12/11/2018 | Amazon | Proceeds from AWS Reserved Instances Sales | 3.40 |
| 12/12/2018 | Bidswitch | Customer payment on outstanding invoice | 1,219.74 |
| 12/12/2018 | Amazon | Proceeds from AWS Reserved Instances Sales | 8.33 |
| 12/13/2018 | Amazon | Proceeds from AWS Reserved Instances Sales | 48.00 |
| 12/19/2018 | Verizon | Return of funds for rejected payment | 125.80 |
| 12/24/2018 | Amazon | Proceeds from AWS Reserved Instances Sales | 8.00 |
| 12/27/2018 | Rabobank | Transfer of fund from closing NL bank account | 551.71 |
| 12/27/2018 | Amazon | Proceeds from AWS Reserved Instances Sales | 16.64 |
| 12/28/2018 | Comcast | Return of funds for rejected payment | 658.98 |

**Total Cash Receipts**          $       3,315.33  (1)

*(1)  Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

**DEBTOR:** **Sorenson Media, Inc.** **CASE NO:** 18-27740

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 12/01/2018 to 12/31/2018

**CASH RECEIPTS DETAIL** **Account No:** **Petty Cash**
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 12/3/2019 | Various EE's | Cash paid by employees for Computers | 670.00 |

**Total Cash Receipts** $ 670.00 (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Page 4 of 6
Rev. 12/10/2009

**DEBTOR:**      Sorenson Media, Inc.                          **CASE NO:** 18-27740

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 12/01/2018  to 12/31/2018

**CASH DISBURSEMENTS DETAIL**          **Account No:**          ***1634
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|-------:|
|      |           |       |                      | $      |
| 12/3/2019 | N/A | Zions | Service Fees | 15.00 |
| 12/3/2019 | Wire | Voya Trust | 401K Funds | 11,501.50 |
| 12/3/2019 | Wire | Cohne Kinghorn | Professional Services - Legal | 20,000.00 |
| 12/3/2019 | Debit Card | FedEx | Postage EE Termination Documents | 24.90 |
| 12/3/2019 | Debit Card | FedEx | Postage EE Termination Documents | 34.05 |
| 12/3/2019 | Debit Card | FedEx | Postage EE Termination Documents | 105.19 |
| 12/6/2019 | Debit Card | Comcast | IT Operating - Internet | 287.29 |
| 12/7/2019 | Wire | Rocky Mtn Advisory | Professional Services - CRO | 20,000.00 |
| 12/7/2019 | Wire | Sorenson Media UK | Intercompany Services | 20,000.00 |
| 12/10/2019 | Wire | Voya Trust | 401K Funds | 6,727.48 |
| 12/10/2019 | Debit Card | Zoom | IT - Operating - Conference Bridge | 864.69 |
| 12/11/2019 | Wire | Honigman | Professional Services - IP Legal | 15,000.00 |
| 12/11/2019 | Debit Card | Microsoft | IT - Operating - Office365 | 2,018.48 |
| 12/12/2019 | N/A | Zions | Service Fees | 15.00 |
| 12/12/2019 | Wire | CNAInsurance | Insurance Policy - Gen Liab,Umb | 7,367.44 |
| 12/17/2019 | Wire | Lincoln | Dental/Vision EE Insurance | 7,658.78 |
| 12/17/2019 | Wire | Lincoln | Dental/Vision EE Insurance | 8,581.77 |
| 12/17/2019 | Wire | Voya Trust | 401K Funds | 15,458.44 |
| 12/18/2019 | N/A | Zions | Service Fees | 15.00 |
| 12/18/2019 | Wire | Paylocity | Payroll Salary | 86,985.02 |
| 12/18/2019 | Wire | Paylocity | Payroll Taxes | 26,076.60 |
| 12/20/2019 | Wire | United Health Care | Employee Benefits | 49,734.01 |
| 12/21/2019 | N/A | Zions | Service Fees | 214.20 |
| 12/24/2019 | N/A | Zions | Service Fees | 15.00 |
| 12/24/2019 | Wire | Sorenson Media UK | Intercompany Services | 151,393.00 |
| 12/28/2019 | Wire | Voya Trust | 401K Funds | 5,548.38 |
| 12/31/2019 | Wire | Paylocity | Payroll Salary | 33,568.91 |
| 12/31/2019 | Wire | Paylocity | Payroll Taxes | 71,867.89 |
| 12/31/2019 | Debit Card | Prime Storage | Storage Unit Rent | 501.80 |
| 12/31/2019 | N/A | Zions | Service Fees | 0.70 |
| 12/3/2019 | 9999 | C.Adams | Termination Check | 242.53 |
| 12/3/2019 | 9999 | R.Walker | Termination Check | 291.97 |
| 12/4/2019 | 9999 | J.Moe | Termination Check | 449.84 |
| 12/5/2019 | 9999 | I.Hughes | Termination Check | 221.71 |
| 12/7/2019 | 9999 | A.Friedman | Termination Check | 318.23 |
| 12/10/2019 | 9999 | A.Ball | Termination Check | 145.96 |
| 12/17/2019 | 9999 | D.Loveland | Termination Check | 387.74 |
| 12/19/2019 | 9999 | Kirton McConkie | Lehi Office Rent | 20,000.00 |
| 12/20/2019 | 9999 | B.Rouzer | Termination Check | 144.88 |
| 12/21/2019 | 9999 | National Benefit Services | EE Flex Spend Plan | 4,363.00 |
| 12/20/2019 | 9900030 | Health Equity | EE HSAPlan | 6,583.66 |
| 12/10/2019 | 9900094 | J.Sorenson | Termination Check | 177.33 |
| 12/3/2019 | 9900115 | L.Gloyn | Termination Check | 164.98 |
| 12/19/2019 | 9900149 | T.Scruggs | Termination Check | 18.91 |
| 12/11/2019 | 9900155 | P.Phillips | Termination Check | 279.71 |
| 12/11/2019 | 9900175 | J.Jespersen | Termination Check | 606.41 |
| 12/4/2019 | 9900482 | D.Watts | Termination Check | 157.94 |
| 12/3/2019 | 9900523 | D.Proyer | Termination Check | 397.29 |
| 12/3/2019 | 9900529 | J.Haynes III | Termination Check | 492.87 |
| 12/17/2019 | 9900605 | D.Jacox | Termination Check | 152.89 |
| 12/24/2019 | 9.82E+08 | P.Woodie | Termination Check | 761.47 |

**Total Cash Disbursements**          $      597,939.84  (1)

*(1)  Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

DEBTOR: ___Sorenson Media, Inc._____     CASE NO: __18-27740__

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:  __12/1/2018__ to __12/31/2018__

**CASH DISBURSEMENTS DETAIL**         **Account No:** |  ***1092  |
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| | | | | $ |
| 12/12/2018 | N/A | Sorenson Media | Transfer account balance to Zions Acct. | 26,896.49 |
| 12/18/2018 | N/A | Verizon Wireless | Payment attempt - Credited back to Acc | 125.80 |
| 12/27/2018 | N/A | Comcast | Payment attempt - Credited back to Acc | 658.98 |

**Total Cash Disbursements**    $   27,681.27  (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

**DEBTOR:** Sorenson Media, Inc.    **CASE NO:** 18-27740

### Form 2-C
## COMPARATIVE BALANCE SHEET
**For Period Ended:** 12/31/2018

|  |  | Current Month | | Petition Date (1) |
|---|---|---|---|---|
| ***ASSETS*** | | | | |
| Current Assets: | | | | |
| Cash (from Form 2-B, line 5) | | $ 78,890 | $ | 27,701 |
| Accounts Receivable (from Form 2-E) | | 798,890 | | 793,242 |
| Receivable from Officers, Employees, Affiliates | | - | | - |
| Inventory | | - | | - |
| Other Current Assets :(List)  Prepaids | | 649,195 | | 626,102 |
| | | - | | - |
| Total Current Assets | | $ 1,526,975 | $ | 1,447,045 |
| Fixed Assets: | | | | |
| Land | | $ - | $ | - |
| Building | | 1,488,160 | | 1,488,160 |
| Equipment, Furniture and Fixtures | | 2,555,734 | | 2,575,005 |
| Total Fixed Assets | | 4,043,894 | | 4,063,164 |
| Less:  Accumulated Depreciation | | ( 1,372,598 ) | ( | 1,255,055 ) |
| Net Fixed Assets | | $ 2,671,296 | $ | 2,808,109 |
| Other Assets (List):  Domain Name | | Unknown | | Unknown |
| Internal Use Costs | | Unknown | | Unknown |
| Intangible | | Unknown | | Unknown |
| Note Receivables | | 1,020,732 | | 1,016,805 |
| **TOTAL ASSETS** | | $ 5,219,003 | $ | 5,271,959 |
| ***LIABILITIES*** | | | | |
| Post-petition Accounts Payable (from Form 2-E) | | $ 564,867 | $ | - |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | 183,566 | | - |
| Post-petition Taxes Payable (from Form 2-E) | | 41 | | - |
| Post-petition Notes Payable | | 1,813,266 | | - |
| Other Post-petition Payable(List):  EE Benefit Accrual Change | | (43,066) | | - |
| Total Post Petition Liabilities | | $ 2,518,674 | $ | - |
| Pre Petition Liabilities: | | | | |
| Secured Debt | | 22,526,191 | | 22,218,480 |
| Priority Debt | | - | | - |
| Unsecured Debt | | 118,954,298 | | 118,958,854 |
| Total Pre Petition Liabilities | | $ 141,480,489 | $ | 141,177,334 |
| **TOTAL LIABILITIES** | | $ 143,999,163 | $ | 141,177,334 |
| ***OWNERS' EQUITY*** | | | | |
| Owner's/Stockholder's Equity | | $ 47,127,124 | $ | 47,127,124 |
| Retained Earnings - Prepetition | | (183,032,500) | | (183,032,500) |
| Retained Earnings - Post-petition | | (2,874,785) | | |
| **TOTAL OWNERS' EQUITY** | | $ (138,780,161) | $ | (135,905,376) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | $ 5,219,003 | $ | 5,271,959 |

*(1)  Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values
listed on the Debtor's schedules.*

Page 1 of 1

Rev. 12/10/2009

**DEBTOR:** Sorenson Media, Inc.                    **CASE NO:** 18-27740

### Form 2-D
### PROFIT AND LOSS STATEMENT
**For Period** 12/1/2018 **to** 12/31/2018

|  |  | Current Month |  | Accumulated Total (1) |  |
|---|---|---|---|---|---|
| Gross Operating Revenue | $ | 2,278 | $ | 42,043 | |
| Less: Discounts, Returns and Allowances | ( | - | ) ( | - | ) |
| **Net Operating Revenue** | $ | 2,278 | $ | 42,043 | |
| Cost of Goods Sold | | 88,326 | | 354,923 | |
| **Gross Profit** | $ | (86,049) | $ | (312,880) | |
| Operating Expenses | | | | | |
| Officer Compensation | $ | (25,000) | $ | (87,500) | |
| Selling, General and Administrative | | 231,387 | | (940,668) | |
| Rents and Leases | | (19,954) | | (49,885) | |
| Depreciation, Depletion and Amortization | | (54,821) | | (130,657) | |
| Other (list): | | - | | - | |
| | | - | | - | |
| Total Operating Expenses | $ | 131,611 | $ | (1,208,711) | |
| **Operating Income (Loss)** | $ | 45,562 | $ | (1,521,591) | |
| Non-Operating Income and Expenses | | | | | |
| Other Non-Operating Expenses | $ | (7,763) | $ | (14,074) | |
| Gains (Losses) on Sale of Assets | | (8,909) | | (8,909) | |
| Interest Income | | 1,571 | | 3,928 | |
| Interest Expense | | (134,647) | | (319,080) | |
| Other Non-Operating Income | | - | | - | |
| Net Non-Operating Income or (Expenses) | $ | (149,748) | $ | (338,135) | |
| Reorganization Expenses | | | | | |
| Legal and Professional Fees | $ | (44,604) | $ | (114,458) | |
| Other Reorganization Expense | | (25,940) | | (69,264) | |
| Total Reorganization Expenses | $ | (70,544) | $ | (183,722) | |
| **Net Income (Loss) Before Income Taxes** | $ | (174,729) | $ | (2,043,448) | |
| Federal and State Income Tax Expense (Benefit) | | - | | - | |
| **NET INCOME (LOSS)** | $ | (174,729) | $ | (2,043,448) | |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

DEBTOR:     Sorenson Media, Inc.                                CASE NO:   18-27740

**Form 2-E**
**SUPPORTING SCHEDULES**
For Period:   12/1/2018 to   12/31/2018

### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: | | | | | | |
| Federal | $ 35,641.70 | $ 23,934.78 | $ 59,576.48 | 12/31/2018 | Wire | $ - |
| State | 12,311.95 | 11,788.17 | 24,100.12 | 12/31/2018 | Wire | - |
| FICA Tax Withheld | 9,929.43 | 11,664.28 | 21,593.71 | 12/31/2018 | Wire | - |
| Employer's FICA Tax | 9,929.43 | 11,664.28 | 21,593.71 | 12/31/2018 | Wire | - |
| Unemployment Tax | | | | | | |
| Federal | - | 513.62 | 513.62 | 12/31/2018 | Wire | - |
| State | 2.48 | 0.00 | 2.48 | 12/31/2018 | Wire | - |
| Sales, Use & Excise Taxes | | | | | | |
| Property Taxes | | | | | | |
| Accrued Income Tax: | | | | | | |
| Federal | - | | | | | - |
| State | - | | | | | - |
| Other: NY Disability/Pd Fam Leave/Metro | 19.50 | 101.95 | 80.38 | | | 41.07 |
| Other: Franchise Tax | - | | | | | - |
| TOTALS | $ 67,834.49 | $ 59,667.08 | $ 127,460.50 | | | $ 41.07 |

*(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | C.N.A. | $ 1,000,000 | 7/15/2019 | 12/31/2018 |
| General Liability | C.N.A. | $ 2,000,000 | 7/15/2019 | 12/31/2018 |
| Property (Fire, Theft) | C.N.A. | $ 1,120,000 | 7/15/2019 | 12/31/2018 |
| Vehicle | C.N.A. | $ 1,000,000 | 7/15/2019 | 12/31/2018 |
| Other (list): | | $ | | |
| D&O | Evanston Ins Co. | $ 2,000,000 | 5/22/2019 | 5/22/2019 |
| Umbrella | C.N.A. | $ 5,000,000 | 7/15/2019 | 12/31/2018 |
| E&O | C.N.A. | $ 2,000,000 | 7/15/2019 | 12/31/2018 |

Page 1 of 2
Rev. 12/10/2009

**DEBTOR:** Sorenson Media, Inc.          **CASE NO:** 18-27740

### Form 2-E
### SUPPORTING SCHEDULES
For Period: 12/01/2018 to 12/31/2018

### *ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING*

| Due | | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|---|
| Under 30 days | $ | 35,209.68 | $          564,867.20 |
| 30 to 60 days | | 0.00 | 0.00 |
| 61 to 90 days | | 0.00 | 0.00 |
| 91 to 120 days | | 0.00 | 0.00 |
| Over 120 days | | 0.00 | 0.00 |
| **Total Post Petition** | | 35,209.68 | |
| **Pre Petition Amounts** | | 767,030.61 | |
| Total Accounts Receivable | $ | 802,240.29 | |
| Less:  Bad Debt Reserve | | (3,350.36) | |
| **Net Accounts Receivable (to Form 2-C)** | $ | 798,889.93 | |
| | | Total Post Petition Accounts Payable | $          564,867.20 |

*\* Attach a detail listing of accounts receivable and post-petition accounts payable*

### *SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS*

| | | Month-end Retainer Balance | | Current Month's Accrual | Paid in Current Month | Date of Court Approval | | Month-end Balance Due * |
|---|---|---|---|---|---|---|---|---|
| Debtor's Counsel | $ | 50,576.25 | $ | 44,603.74 | $          - | | $ | 114,457.24 |
| Counsel for Unsecured | | | | | - | | | |
|    Creditors' Committee | | - | | - | - | | | - |
| Trustee's Counsel | | - | | - | - | | | |
| Accountant - RMA/CRO | | 70,000.00 | | 25,939.76 | - | | | 69,108.75 |
| Other:  Honigman | | 108,592.88 | | - | - | | | - |
| Total | $ | 229,169.13 | $ | 70,543.50 | $          - | | $ | 183,565.99 |

*\*Balance due to include fees and expenses incurred but not yet paid.*

### *SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES\*\**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| N/A | | | $ |
| | | | |
| | | | |

*\*\*List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.*

Page 2 of 2
Rev. 12/10/2009

**DEBTOR:**  Sorenson Media, Inc.  **CASE NO:**  18-27740

## Form 2-F
### QUARTERLY FEE SUMMARY *
**For the Month Ended:**  12/31/2018

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|-------|------|----------------------:|------------------:|-----------|-----------|
| January | | $          0 | | | |
| February | | 0 | | | |
| March | | 0 | | | |
| TOTAL 1st Quarter | | $          0 $ | | | |
| April | | $          0 | | | |
| May | | 0 | | | |
| June | | 0 | | | |
| TOTAL 2nd Quarter | | $          0 $ | | | |
| July | | $          0 | | | |
| August | | 0 | | | |
| September | | 0 | | | |
| TOTAL 3rd Quarter | | $          0 $ | | | |
| October | 2018 | $    387,368.33 | 3,873.68 | | |
| November | 2018 | 830,850.78 | 8,308.51 | | |
| December | 2018 | 625,621.11 | 6,256.21 | | |
| TOTAL 4th Quarter | | $  1,843,840.22 $ | 18,438.40 | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
*Subject to changes that may occur in 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|-------------------------|-----|-------------------------|-----|
| $0 to $14,999...................... | $325 | $1,000,000 to $1,999,999............. | $6,500 |
| $15,000 to $74,999............. | $650 | $2,000,000 to $2,999,999............. | $9,750 |
| $75,000 to $149,999........... | $975 | $3,000,000 to $4,999,999............. | $10,400 |
| $150,000 to $224,999......... | $1,625 | $5,000,000 to $14,999,999 ........ | $13,000 |
| $225,000 to $299,999.......... | $1,950 | $15,000,000 to $29,999,999.... | $20,000 |
| $300,000 to $999,999.......... | $4,875 | $30,000,000 or more | $30,000 |

\*   This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\*  Should agree with line 3, Form 2-B.  Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

Page 1 of 1
Rev. 12/10/2009

**DEBTOR:**  Sorenson Media, Inc.                    **CASE NO:** 18-27740

The Debtor file is chapter 11 voluntary bankruptcy petition on October 16, 2018.  This report provides
information on the operations of the Debtor for the preriod from December 1, 2018 - December 31, 2018.

Asset and liability balances may be over or understated and are subject to material modification. The financial
statements may change as information becomes available to the Debtor.  The Debtor may dispute the nature
and amount of the assets and liabilities presented in these financial statements.

As new information and evidence becomes available, the balance sheet will be updated to reflect the correct
amounts of assets and liabilities.  The fact that liabilities and assets are omitted, listed and/or adjusted on the
Trustee's balance sheet does not necessarily reflect the final opinion as to the eventual treatment of the assets
and liabilities in a plan of reorganization or otherwise.

Page 1 of 1
Rev. 12/10/2009



**CHASE** 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218- 2051

December 01, 2018 through December 31, 2018

Account Number: 0000█████████

### CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00001744 DDA 602 211 00119 NNNNNNNNNNN 1 000000000 80 0000

SORENSON MEDIA, INC.
25 E SCENIC POINTE DR
STE 100
DRAPER UT 84020-6131

---

## CHECKING SUMMARY    Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$24,990.29** |
| Deposits and Additions | 10 | 3,315.33 |
| Electronic Withdrawals | 3 | - 27,681.27 |
| **Ending Balance** | **13** | **$624.35** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/05 | Orig CO Name:Amznyaqt9Zgy       Orig ID:2710938319 Desc Date:181205 CO Entry Descr:Retail Dissec:CCD   Trace#:091000017628614 Eed:181205  Ind ID:325Kztwyrmjpew5          Ind Name:Sorenson Media, Inc. Payments.Amazon.Com ID#325Kztwyrmjp Ew5 Yaqt9Zgy Trn: 3397628614Tc | $674.73 |
| 12/11 | Orig CO Name:Amznxuyp90U5       Orig ID:2710938319 Desc Date:181211 CO Entry Descr:Retail Dissec:CCD   Trace#:091000016067872 Eed:181211  Ind ID:2Fr8Yare3Dj492B       Ind Name:Sorenson Media, Inc. Payments.Amazon.Com ID#2Fr8Yare3Dj4 92B Xuyp90U5 Trn: 3456067872Tc | 3.40 |
| 12/12 | Fedwire Credit Via: Hsbc Bank USA, N.A./021001088 B/O: Bidswitch Gmbh 2 Zug Switzerland Ch Ref: Chase Nyc/Ctr/Bnf=Sorenson Media, Inc. Draper UT 84020-6131/Ac-0000000 04760 Rfb=Rbh1212890Vmkh8G Obi=/Rfb/From Bidswitch Gmbh/Inv/100012 Bbi =/Ocmt/USD1219,74/ Imad: 1212B1Q8982C000357 Trn: 0207309346Ff | 1,219.74 |
| 12/12 | Orig CO Name:Amznl8Kges4L       Orig ID:2710938319 Desc Date:181212 CO Entry Descr:Retail Dissec:CCD   Trace#:091000016461509 Eed:181212  Ind ID:2C9l7A578Luq6Hd       Ind Name:Sorenson Media, Inc. Payments.Amazon.Com ID#2C9l7A578Luq 6Hd L8Kges4L Trn: 3466461509Tc | 8.33 |



December 01, 2018 through December 31, 2018
Account Number: 00000█████████

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/13 | Orig CO Name:Amznvixwup7O        Orig ID:2710938319 Desc Date:181213 CO Entry Descr:Retail Dissec:CCD    Trace#:091000016815502 Eed:181213 Ind ID:66Is8ID61Qmiw6S        Ind Name:Sorenson Media, Inc. Payments.Amazon.Com ID#66Is8ID61Qmi W6S Vixwup7O Trn: 3476815502Tc | 48.00 |
| 12/19 | Reversal of Orig CO Name:Vz Wireless Ve        Orig ID:0000751800 Desc Date:181218 CO Entry Descr:Vzw Webpaysec:Web    Trace#:021000021515609 Eed:181218  Ind ID:3261276        Ind Name:Thomas *Young | 125.80 |
| 12/24 | Orig CO Name:Amzn7Ul9I6Mj        Orig ID:2710938319 Desc Date:181224 CO Entry Descr:Retail Dissec:CCD    Trace#:091000016126383 Eed:181224  Ind ID:4Nlos6Ahfe3T6U6        Ind Name:Sorenson Media, Inc. Payments.Amazon.Com ID#4Nlos6Ahfe3T 6U6 7Ul9I6Mj Trn: 3586126383Tc | 8.00 |
| 12/27 | Chips Credit Via: Bank of America, N.A./0959 B/O: 1/Coop. Rabobank Almere Uabedrijven3/Nl/1314Sk Almere Ref: Nbnf=Sorenson Media, Inc. Draper UT 84020-6131/Ac-000000004760 Org=/Nl 38Rabo0321055500 3/Nl/1314Sk Almere Ogb=Cooperatieve Rabobank U.A. Utr Echt Netherlands 00000- Obi=Closing Account Nl55Rabo030400715 Ssn: 0348514 Trn: 7478600361Fc | 551.71 |
| 12/27 | Orig CO Name:Amzn1Kkogyin        Orig ID:2710938319 Desc Date:181227 CO Entry Descr:Retail Dissec:CCD    Trace#:091000010984876 Eed:181227  Ind ID:20As47Gx0Bfzds3        Ind Name:Sorenson Media, Inc. Payments.Amazon.Com ID#20As47Gx0Bfz Ds3 1Kkogyin Trn: 3610984876Tc | 16.64 |
| 12/28 | Reversal of Orig CO Name:Comcast        Orig ID:0000213249 Desc Date:181227 CO Entry Descr:Cable    Sec:Tel    Trace#:021000024395157 Eed:181227  Ind ID:5953136        Ind Name:Dane *Clark | 658.98 |
| **Total Deposits and Additions** | | **$3,315.33** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/12 | Fedwire Debit Via: Zions Bancorp/124000054 A/C: Sorenson Media, Inc. US Ref./Time/17:14 Imad: 1212B1Qgc06C009009 Trn: 6697900346Jo | $26,896.49 |
| 12/18 | Orig CO Name:Vz Wireless Ve        Orig ID:0000751800 Desc Date:181218 CO Entry Descr:Vzw Webpaysec:Web    Trace#:021000021515609 Eed:181218  Ind ID:3261276        Ind Name:Thomas *Young 800-350-2830 Trn: 3521515609Tc | 125.80 |
| 12/27 | Orig CO Name:Comcast        Orig ID:0000213249 Desc Date:181227 CO Entry Descr:Cable    Sec:Tel    Trace#:021000024395157 Eed:181227  Ind ID:5953136        Ind Name:Dane *Clark 800-266-2278 Trn: 3614395157Tc | 658.98 |
| **Total Electronic Withdrawals** | | **$27,681.27** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 12/05 | $25,665.02 |
| 12/11 | 25,668.42 |
| 12/12 | 0.00 |
| 12/13 | 48.00 |
| 12/18 | -77.80 |
| 12/19 | 48.00 |



December 01, 2018 through December 31, 2018
Account Number: 00000█████████

## DAILY ENDING BALANCE *(continued)*

| DATE | AMOUNT |
|------|--------|
| 12/24 | 56.00 |
| 12/27 | -34.63 |
| 12/28 | 624.35 |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC


JPMorgan Chase Bank, N.A. Member FDIC



December 01, 2018 through December 31, 2018
Account Number: 00000

This Page Intentionally Left Blank



December 01, 2018 through December 31, 2018
Account Number: 0000█████████

## STOP PAYMENT RENEWAL NOTICE



**ACCOUNT NUMBER**          **BANK NUMBER**
000000476071092                    602

The following Stop Payments will automatically renew for a 1-year period.  You can revoke a current stop payment via your online channel (Chase.com or JPM ACCESS) or by calling the number on your statement or contacting your Customer Service Representative.

| REVOKE STOP | SEQUENCE NUMBER | DATE ENTERED | RENEWAL DATE | LOW RANGE OR CHECK NUMBER | HIGH RANGE OR AMOUNT |
|---|---|---|---|---|---|
| ☐ | 0000001-01 | 03/27/13 | 03/27/19 | 1538 | $104.97 |
| ☐ | 0000027-01 | 03/03/17 | 03/03/19 | 4887 | $816.07 |
| ☐ | 0000052-01 | 03/07/18 | 03/07/19 | 5318 | $31,845.00 |
| ☐ | 0000053-01 | 03/07/18 | 03/07/19 | 5361 | $17,801.90 |
| ☐ | 0000054-01 | 03/12/18 | 03/12/19 | 5386 | $26,702.85 |
| ☐ | 0000055-01 | 03/28/18 | 03/28/19 | 5363 | $15,000.00 |

Sorenson Media, Inc.
25 E Scenic Pointe DR
Ste 100
Draper UT 84020-6131

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus OH 43218-2051



December 01, 2018 through December 31, 2018
Account Number: 00000

This Page Intentionally Left Blank

# ZIONS BANK.

P.O. Box 30709, Salt Lake City, UT 84130-0709

**Statement of Accounts**
Page 1 of 4
This Statement: December 31, 2018
Last Statement: November 30, 2018

Primary Account

For 24-hour account
information, please contact:

1-800-789-BANK (2265)

**zionsbank.com**

0014156     1401-06-0000-ZFN-PG0007-00000

SORENSON MEDIA INC. CASE #18-27740
DEBTOR IN POSSESSION
PATRICK NOLA
SCOTT KLOSSNER
2600 W EXECUTIVE PKWY STE 450
LEHI UT 84043-3989

**WE HAVEN'T FORGOTTEN WHO KEEPS US IN BUSINESS. ®**

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Inspire Checking | | $77,407.79 | |

## BUSINESS INSPIRE CHECKING 981961634

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 46,997.54 | 628,350.09 | 561,580.52 | 36,359.32 | 77,407.79 |

### 5 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 12/03 | 250,000.00 | WIRE/IN-2018120300002280;ORG JAMES LEE SORENSON;OBI REF NOV 1314701938 |
| 12/12 | 26,896.49 | WIRE/IN-2018121200008191;ORG SORENSON MEDIA, INC.;REF ATS OF 1310805109 |
| 12/18 | 75,000.00 | WIRE/IN-2018121800001728;ORG JAMES LEE SORENSON;REF SWF OF 1 1313101441 |
| 12/19 | 1,453.60 | DEPOSIT 7676161375 |
| 12/24 | 275,000.00 | WIRE/IN-2018122400001414;ORG JAMES LEE SORENSON;REF SWF OF 1 1313701308 |

### 30 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 12/03 | 15.00 | WIRE TRANSACTION SERVICE FEE |
| 12/03 | 11,501.50 | WIRE/OUT-2018120300008919;BNF Voya Institutional trust Co.;O 1314706383 |
| 12/03 | 20,000.00 | WIRE/OUT-2018120300008918;BNF Cohne Kinghorn, P.C. IOLTA Tru 1314706381 |
| 12/03 | 24.90 | 2416407P0MJ8TLNBV 2466 FEDEX 784123441129 MEMPHIS TN 1226395235 |
| 12/03 | 34.05 | 2416407P0MJ936BK4 2466 FEDEX 784123412743 MEMPHIS TN 1226395236 |
| 12/03 | 105.19 | 2416407P0MJ935Y80 2466 FEDEX 784123710429 MEMPHIS TN 1226395234 |
| 12/06 | 287.29 | 2469216P42X5FXRW4 2466 COMCAST SALT LKE CS 1X800-266-2278 UT 1219201495 |
| 12/07 | 20,000.00 | BOOK/XFER-2018120700005480;TO DDA ROCKY MOUNTAIN ADVISORY LL 1312903709 |
| 12/07 | 20,000.00 | WIRE/OUT-2018120700005481;BNF Sorenson Media Limited;OBI Inv 1312903710 |
| 12/10 | 6,727.48 | WIRE/OUT-2018121000001143;BNF Voya Institutional trust Co.;O 1314901072 |
| 12/10 | 864.69 | 2449398P60T40G589 2466 ZOOM.US 888-799-9666 CA 1225511187 |
| 12/11 | 15,000.00 | WIRE/OUT-2018121100003994;BNF Honigman;OBI Retainer payment 1312202912 |
| 12/11 | 2,018.48 | MICROSOFT 6041 EDI PAYM Z**N**UJMQGA REF # 018345005507647 1121198434 |
| 12/12 | 15.00 | WIRE TRANSACTION SERVICE FEE |
| 12/12 | 7,367.44 | CNA PREM-PYMT 3027156702 REF # 018345005655037 1119328638 |
| 12/17 | 7,658.78 | WIRE/OUT-2018121700000621;BNF LLANY;OBI December Coverage Re 1312704605 |
| 12/17 | 8,581.77 | WIRE/OUT-2018121700006622;BNF LLANY November Coverage Re 1312704607 |
| 12/17 | 15,458.44 | WIRE/OUT-2018121700000620;BNF Voya Institutional trust Co.;O 1312704603 |
| 12/18 | 15.00 | WIRE TRANSACTION SERVICE FEE |
| 12/18 | 26,076.60 | WIRE/OUT-2018121800002675;BNF Paylocity Corporation;OBI Sore 1313101876 |
| 12/18 | 86,985.02 | WIRE/OUT-2018121800002674;BNF Paylocity Corporation;OBI Sore 1313101874 |
| 12/20 | 49,734.01 | UNITED HEALTH CA EPOSPY OB611787 REF # 018354001620658 1119897957 |
| 12/21 | 214.20 | SERVICE AND TRANSACTION FEES |
| 12/24 | 15.00 | WIRE TRANSACTION SERVICE FEE |
| 12/24 | 151,393.00 | WIRE/OUT-2018122400003072;BNF Sorenson Media Limited;OBI Inv 1313702296 |



## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*Transfer to Line 9.*     *This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR CHECK RESERVE TRANS ACTIONS**
As soon as you can, please notify us if you think an electronic transfer or Check Reserve transaction is wrong or if you need more information about a transaction listed on the statement. We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

***FOR CHECK RESERVE accounts:*** You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts

of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount.

But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at Zions Bank, PO Box 25787, Salt Lake City, UT 84125-0787.

***For electronic transfers:*** We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. Contact us at Zions Bank, EFT Dept. PO Box 25837, Salt Lake City, UT 84125-0837 or 1-800-662-4346.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-974-8800.

**We may report information about your Check Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: Zions Bank, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with Zions Bank.*

**Visit us online at www.zionsbank.com**
Review account balances • Review posted transactions • Pay bills • Transfer funds
**Call 1-800-840-4999 to enroll today**

0014156-0000001-0032258

# ZIONS BANK.

P.O. Box 30709, Salt Lake City, UT 84130-0709

Page 3 of 4
December 31, 2018
SORENSON MEDIA INC. CASE #18-27740

Continued ...

| Date | Amount | Description |
|------|--------|-------------|
| 12/28 | 5,548.38 | WIRE/OUT-2018122800010702;BNF Voya Institutional trust Co.;O 1311506882 |
| 12/31 | 33,568.91 | WIRE/OUT-2018123100005953;BNF Paylocity Corporation;OBI 1237  1313103807 |
| 12/31 | 71,867.89 | WIRE/OUT-2018123100005954;BNF Paylocity Corporation;OBI 1237  1313103809 |
| 12/31 | 501.80 | 2427539PS0D9QG8A4 2474 PRIME STORAGE UT01 518-6150552 UT  1224260827 |
| 12/31 | .70 | TRANSACTION ITEMS FEE |

## 21 CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 9999 | 12/03 | 242.53 | 9999* | 12/19 | 20,000.00 | 9900155* | 12/11 | 279.71 |
| 9999* | 12/03 | 291.97 | 9999* | 12/20 | 144.88 | 9900175* | 12/11 | 606.41 |
| 9999* | 12/04 | 449.84 | 9999* | 12/21 | 4,363.00 | 9900482* | 12/04 | 157.94 |
| 9999* | 12/05 | 221.71 | 9900030* | 12/20 | 6,583.66 | 9900523* | 12/03 | 397.29 |
| 9999* | 12/07 | 318.23 | 9900094* | 12/10 | 177.33 | 9900529* | 12/03 | 492.87 |
| 9999* | 12/10 | 145.96 | 9900115* | 12/03 | 164.98 | 9900605* | 12/17 | 152.89 |
| 9999* | 12/17 | 387.74 | 9900149* | 12/19 | 18.91 | 981961634* | 12/24 | 761.47 |

* Not in check sequence

## AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

|  | Total for This Period | Total Year-to-Date |
|--|-----------------------|--------------------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

## DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/03 | 263,727.26 | 12/11 | 196,472.19 | 12/20 | 70,642.14 |
| 12/04 | 263,119.48 | 12/12 | 215,986.24 | 12/21 | 66,064.94 |
| 12/05 | 262,897.77 | 12/17 | 183,746.62 | 12/24 | 188,895.47 |
| 12/06 | 262,610.48 | 12/18 | 145,670.00 | 12/28 | 183,347.09 |
| 12/07 | 222,292.25 | 12/19 | 127,104.69 | 12/31 | 77,407.79 |
| 12/10 | 214,376.79 | | | | |

Zions Bank

## This page intentionally left blank

0014156-0000002-0032259


**CHASE** 🅒

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

December 01, 2018 through December 31, 2018
**Account Number:** 0000

___

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00000606 WBS 602 211 00119 NNNNNNNNNNN 1 000000000 61 0000
SORENSON MEDIA, INC.
25 E SCENIC POINTE DR
STE 100
DRAPER UT 84020-6131



## Commercial Checking

### Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $0.00 |  |
| Deposits and Credits | 0 | $0.00 |  |
| Withdrawals and Debits | 0 | $0.00 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$0.00** |  |

Your service charges, fees and earnings credit have been calculated through account analysis.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to
the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account
(including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or
availability of the first statement on which the error or charge appears.

This Page Intentionally Left Blank

```
System:    1/7/2019    1:09:41 PM              Sorenson Media, Inc.                    Page:   1
User Date:  1/7/2019                      RECONCILIATION POSTING JOURNAL              User ID: dclark
                                              Bank Reconciliation


Audit Trail Code: CMADJ00000181                              Bank Statement Ending Balance: $624.35
Checkbook ID:    B-OPERATING                                 Bank Statement Ending Date:    12/31/2018
Description:     CHASE OPERATING ACCOUNT-#1092               Cutoff Date:                   12/31/2018


Statement Ending Balance                         $624.35
Outstanding Checks (-)                             $0.00
Deposits in Transit (+)                           $0.00
                                            ------------------------
Adjusted Bank Balance                            $624.35
                                            ------------------------
Checkbook Balance as of Cutoff                   $624.35
Adjustments                                       $0.00
                                            ------------------------
Adjusted Book Balance                            $624.35
                                            ------------------------
Difference                                        $0.00
                                            ========================
```

```
System:     1/7/2019    12:29:31 PM              Sorenson Media, Inc.                Page:    1
User Date:  1/7/2019                       RECONCILIATION POSTING JOURNAL        User ID: dclark
                                                 Bank Reconciliation


Audit Trail Code: CMADJ00000180                    Bank Statement Ending Balance: $0.00
Checkbook ID:     A-GENERAL                         Bank Statement Ending Date:    12/31/2018
Description:      JP Chase Morgan - #8950           Cutoff Date:                   12/31/2018


Statement Ending Balance                                    $0.00
Outstanding Checks (-)                                      $0.00
Deposits in Transit (+)                                     $0.00
                                                   -----------------------
Adjusted Bank Balance                                      $0.00
                                                   -----------------------
Checkbook Balance as of Cutoff                             $0.00
Adjustments                                                $0.00
                                                   -----------------------
Adjusted Book Balance                                     $0.00
                                                   -----------------------
Difference                                                 $0.00
                                                   =======================
```

```
System:    1/7/2019    5:06:29 PM              Sorenson Media, Inc.                    Page:    1
User Date: 1/7/2019                      RECONCILIATION POSTING JOURNAL             User ID: dclark
                                              Bank Reconciliation


Audit Trail Code: CMADJ00000182                              Bank Statement Ending Balance: $77,407.79
Checkbook ID:    C-OPERATING                                 Bank Statement Ending Date:       12/31/2018
Description:     Zions Account #1634                         Cutoff Date:                       12/31/2018


Statement Ending Balance                         $77,407.79
Outstanding Checks (-)                                $0.00
Deposits in Transit (+)                              $0.00
                                          ------------------------
Adjusted Bank Balance                            $77,407.79
                                          ------------------------
Checkbook Balance as of Cutoff                   $77,682.69
Adjustments                                       -$274.90
                                          ------------------------
Adjusted Book Balance                            $77,407.79
                                          ------------------------
Difference                                            $0.00
                                          ========================
```